FILED

Q. Ali Bey Express Trust D/B/A. QUINN S. BASS

c/o P.O. Box 166

Highland, CA 92346

2024 JAN 29  AM 10: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:

"IGNORANCE OF THE LAW IS NO EXCUSE, ESPECIALLY THOSE PURPORTING TO BE PUBLIC OFFICIALS"



ED  CV  24  -  00180-KK (PTBx)

## THE DISTRICT COURT OF THE UNITED STATES FOR

## THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

bass, quinn beneficial owner and grantor for Q Ali Bey Express Trust D. B. A. (QUINN SHINDA BASS

W.O.P.) COPYRIGHT TM

libellant

v

CA. Governor Gavin Newsom,

State of California,

County of San Bernardino,

City of San Bernardino,

San Bernardino County District Attorney Jason Anderson,

Deputy Dist. Atty. Sheila Monjazeb,

Deputy Dist. Atty. Enrique Guerrero

Deputy Dist. Atty. Eric Ta

City of San Bernardino Police Department

San Bernardino Police Officer Shipley #51048,

San Bernardino Police Officer J Robinson #51028,

San Bernardino Police Officer B McCaulley,

Armada Towing LLC,

Libelee(s)

Case #

Superior Court Case #FSB21000434

## Complaint for Money Damages for:

Deprivation of Rights Protected by the Constitution,

Conspiracy to Deprive Plaintiff of Rights Protected by the Constitution, and

Failure to Protect Plaintiff from Conspiracy to Deprive Plaintiff of his Rights Protected by the Constitution.

Unlawful Business Practices carried out one of the named Libelee(s)

**Jury is hereby Demanded**

1. Comes now the above Libellant named in his own natural person and complaints against Libelee(s) above named for

depriving Libellant of constitutional rights under color of State Law, custom or usage, conspiracy to so deprive and/or failure,

neglect or refusal to protect plaintiff from said conspiracy although it was within the power to do so.

**Jurisdiction**

2. This Court has jurisdiction under 28 USC 1343 (1), (2), (3), and (4) and under USC 1938, 1985.

**Venue**

3. Libellant and individuals, named are Nationals, Citizens and/or residents of the State of California. Libelee(s) are employees of the State of California and The County of San Bernardino.

**Parties**

4. Libellant is domiciled in the County of San Bernardino, State of California for the past ten years.

5. Gavin Newsom is Governor of the State of California.

6. Jason Anderson is District Attorney for the County of San Bernardino, State of California.

7. Sheila Monjazeb is a Deputy District Attorney for the County of San Bernardino, State of California;

8. Enrique Guerrero is a Deput District Attorney for the County of San Bernardino, State of California.

9. Eric Ta, is a Deputy District Attorney for the County of San Bernardino, State of California;

10. Samantha Abraham is a Deputy District Attorney for the County of San Bernardino, State of California:

11. County of San Bernardino, Respondeat Superior

12. City of San Bernardino, Respondeat Superior

13. City of San Bernardino Police Department, County of San Bernardino, State of California;

14. Officer Shipley #51048 of the City of San Bernardino Police Department, County of San Bernardino, State of California;

15. Officer J. Robinson #51028 of the City of San Bernardino Police Department, County of San Bernardino, State of California;

16. Officer B. McCaulley of the City of San Bernardino Police Department, County of San Bernardino, State of California;

17. Armada Towing LLC. Is contracted with the City of San Bernardino Police Department, County of San Bernardino, State of California

**Statement of Facts**

18. By Law, Article XX Section 3 of the Constitution, State of California, Libelee(s), Newsom, Anderson, Monjazeb, Guerrero, Ta, Abraham, County of San Bernardino, Respondeat Superior, City of San Bernardino, Respondeat Superior. City of San Bernardino Police Department, Shipley, Robinson, and McCaulley, have been required by Oath of affirmation, to support and defend Liblellant's Constitutional rights when or where they claim to have jurisdiction over or official duties with the Liblellant.

**Causes of Action**

First Cause of Action

Stopped by San Bernardino Police Department (SWAT TEAM), Respondeat Superior

19. On Jan. 29th, 2021, at approx. 9:30pm while traveling to the store to purchase water; furthermore, Libellant was stopped for alleged speeding violation (non-arrestable offense); furthermore,  when Libellant questioned the Police Officers of the validity of the alleged frivolous stop, Libelee(s) without merit and or no probable cause, broke Libellant's car window, forcibly dragging Libellant out of private conveyance while slamming Libellant headfirst into the bed of glass they just created while twisting both arms in an awkward position to the point of severely spraining left elbow, breaking right elbow, injuring right rotator cuff and suffering from several lacerations on the face causing bleeding. Afterwards being frivolous charged with 3 counts of Felony Resisting Arrest and Grave Bodily Injury to a Peace Officer, though there is no video or audio evidence of Plaintiff resisting and or non-compliant and violent towards Police Officers in anyway. Afterwards Libellant demanded to have private conveyance parked

on scene while requesting medical attention from serious injuries caused by Police, by discovery and surprise (after bailing out of jail) Armada Transportation Inc a.k.a. Armada Towing llc tows private conveyance from scene at request of the San Bernardino Police Department; furthermore, putting a lien on the conveyance less than week of towing it from the scene and selling it soon after, though there was an active ongoing investigation from San Bernardino Police Department's Professional Standards Unit following the incident on January 29th, 2021.

20. Driver License is Title of Nobility.

21. Said order was in violation of Article 1 Section 10 of the Constitution

Section 10. No state shall enter any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money.

emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post

facto law, or law impairing the obligation of contracts, or grant any title of nobility.

No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be

absolutely necessary for executing its inspection laws: and the net produce of all duties and imposts, laid by any state on

imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision

and control of the Congress.

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter

into any agreement or compact with another state, or with a foreign power, or engage in war, unless invaded, or in

such imminent danger as will not admit of delay.

Close.

Federal Reserve notes not backed by silver and gold

**Second Cause of Action**

20. Libelee(s), also required me to pay to post bail with Federal Reserve Notes, That

are not backed by gold or silver coin, as stipulated in Article 1 Section 10 of the U.S. Constitution.

21. Libelee(s) Shipley, Robinson and McCaulley threatened Libellant with deprivation of Liberty and property without due process of Law.

22. All this was done under, Color, Custom and Usage of California State Code.

23. Libellant(s) Robinson, and McCaulley acting in conspiracy with Shipley and under color, custom and usage of law, brutally injured libellant (alleged failed public execution), afterward charging Libellant with Felony Resisting Arrest and Grave Bodily Injury to a Peace Officer, then escorted to the Hospital in Police Vehicle in Handcuffs with severe injuries convincing emergency responders that Libellant did not need medical attention. After Plaintiff posted, bail was ordered to court by way of created frivolous criminal case number FSB21000434 while Libelee(s) Armada Towing LLC takes possession of private property/conveyance putting a lien on conveyance less than a week of taking it and selling it without consent of the Libellant while ignoring due care and due process of law. The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor, americas aboriginal cincinnati (ohioan) national, and Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)."

24. The constitutes a violation of Libelee(s) Oath of Office as covered by Article III, Section 2, Clause 1, Codified: Title 18, USC 241 and 242.

25. Libelee(s) assigned Court wherein Libellant was forced to appear as Defendant in criminal case number FB21000434 while Libelee(s) Samantha Abraham  (deprivation of rights, Slander, Libel, collusion, deliberate indifference while under the color of State Code)proceeds to prosecute in Trial though Jurisdiction was already challenged by Libellant pursuant to Master of Bill of Lading filing on 8/22/2023 (Read written court transcript from 8/25/2023).  named Defendant (in Error) and charged with Count 1. Felony - PC69-F: Obstr/Resist Executive Officer with Enhancement - PC12022.1(B)-E: Commit Crime while on Bail/OR, **(Dismissal/Stricken - After Jury Trial on 8/28/2023)** Count 2. Felony - PC243(C)(2)-F: Battery Against Peace Officer with Enhancement - PC12022.1(B)-E: Commit Crime while on Bail/OR, **(Dismissal/Stricken - After Jury Trial on 8/28/2023)**  Count 3. Felony - PC69-F: Obstr/Resist Executive Officer with Enhancement - PC12022.1(B)-E: Commit Crime while on Bail/OR**, (Dismissal/Stricken - After Jury Trial on 8/28/2023)** for Superior Court of California County of San Bernardino Central Division Case Number FSB21000434 (Libellant exonerated from all wrongdoing by a Jury pertaining to the incident on January 29th, 2021).

26. Libellant is guaranteed Freedom of Speech and Freedom of association under the First Amendment to the U.S. Constitution as well as constitution of the United States art III section 2 clause 1 and Art.VI, 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III, V, VI, XV, 1781 Articles of Confederation Art. I, II, III, IV, VI, IX, XI, XII, XIII and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire

Denial of Due Process

27. Libellant is guaranteed Due process of Law by the Fifth Amendment of our U.S. Constitution.

28. Due Process is guaranteed by the 5th amendment of the Constitution.

Infliction of Excessive and therefore Cruel and Unusual Punishment

29. Under the 8th Amendment, cruel and unusual punishment may not be applied against Libellant.

34. Libellee(s) have imposed just such cruel and unusual punishment upon Plaintiff by the physical, monetary, and mental stress placed upon Plaintiff because of Defendants lack of due care, due process of law and deprivation of rights.

36.  reserves all powers not specifically delegated to the Federal or State Government and he has not waived any of Libelee(s) the rights, which for the most part are natural rights, but which are also protected by the Constitution.

Infliction of Peonage and Involuntary Servitude

37. Under the 13th. amendment to the constitution Libellant is protected against peonage and involuntary servitude, where the actions of Defendants appear to destine Libellant.

California Bar in Violation of Sherman Antitrust Act

39. Libelee(s), Under Color, Usage and Custom of California set forth in Article VI Sec.9 of the California Constitution of 1849

40. Libelees Newsom, Anderson, Monjazeb, Guerrero, Ta, Abraham, State of California, County of San Bernardino, City of San Bernardino, City of San Bernardino Police Department, Shipley, Robinson, and McCaulley, acting outside their Lawful Duties, to bring to bear upon Plaintiff unconstitutional acts under Color, custom and Usage of State laws.

41. Libelee(s) Newsom, Anderson, Monjazeb, Guerrero, Ta, Abraham, State of California, County of San Bernardino, City of San Bernardino, City of San Bernardino Police Department, Shipley, Robinson, and McCaulley, acted outside the perimeters of their Lawful Duties.

42. Libelee(s) Violated their Oaths of office. They did so under Color, Custom and usage of Federal and State Law.

Libelee(s) acted Grossly, Willfully, Wantonly, Unlawfully, Carelessly, Recklessly, Negligently, Maliciously, purposefully,

Intentionally and Discriminatingly against Libellant and did so taking advantage of Color, Custom and Usage of State Law and

custom within a National's fear of State personal prosecuting good National for having stood up for their Natural rights protected

by the U.S. constitution and the California State Constitution.

**Third Cause of Action**

43. Libelee(s) failed/neglected/refuted/refused to answer Freedom of Information Act Request pursuant to Government Code §§ 6250 and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 was given to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR'S CLERK OF COURT Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a COURT EXECUTIVE OFFICER located at 247 West Third St. San Bernardino, California 92415 11th floor afterwards filed into SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION CASE NUMBER(S) FSB21000434/FSB19001352 on 10/18/2022.

44. Take further notice that after ten days the Libelee(s) failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Libelee(s) did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned GOV. CODE §§ 6250 et. seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552.

45. Take further notice that on 10/31/2022 a second Freedom of information Act Request pursuant to Government Code §§ 6250 and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 was given to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR'S CLERK OF COURT Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a COURT EXECUTIVE OFFICER located at 247 West Third St. San Bernardino, California 92415 11th floor afterwards filed into SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION CASE NUMBER(S) FSB21000434/FSB19001352.

46. Take further notice that to date, the Libelee(s) still have failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Respondents did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned GOV. CODE §§ 6250 and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 as well Plaintiff's rights protected by, the California Constitution of 1849 Declaration of Rights as well as the United States Constitution (Bill of Rights) and pursuant to rights and protections guaranteed to Plaintiff from Defendant's constitutional limits upon governmental authority including but not limited to Defendant's oath of office pursuant to Article VI of the United States of America Constitution and the Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141, and the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42, TITLE 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES, AND REGULATIONS THAT APPLY TO THE DEFENDANT(S) AND PLAINTIFF DOES NOT WAIVE ANY PART OF THEM.

47. Take further notice that pursuant to The California Open Meetings Act and GOV. CODE § 336. Assessment of Civil Penalties as well as 5 U.S.C. § 552(a)(4)(F), U.S. Supreme Court Case precedent Gardner V. Broderick, 392 U.S. 273 (1968) "Public Servants must respond to any and all presentments," all listed Defendants are held personally liable for money damages in their Public and/or Private Capacity as well as their Company and/or Agency in accordance with law.

48. Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal

 **Fourth Cause of Action**

**Conspiracy. Overt Acts**

49. Libelee(s) conspired together and with others yet unknown to Libellant to deprive him of his rights.

50. Overt acts committed by Defendants Newsom, Anderson, Monjazeb, Guerrero, Ta, Abraham, State of California, County of San Bernardino, City of San Bernardino, City of San Bernardino Police

Department, Shipley, Robinson, and McCaulley, Armada Transportation Inc. A.K.A. Armada Towing LLC included in above paragraph of this complaint.

51. Denying Libellant's rights of due care and due process of law, are all in collusion with the State Legislative Branches of the State of California.

52. Libelee(s) named above relying on their own discretion and erroneous interpretation of the Supreme Law of the Land, which is the Constitution and not any statute in conflict there with issued or coursed to be issued order for plaintiff conspire with Defendants to subvert the constitution by excepting Titles of Nobility and to make something other them gold and silver coin a tender for payment of debt.

53. All these are contrary Article 1, Sec. 10, of the Constitution.

54. Libelee(s) aforenamed deprived Libellant of his 9th and 10th Amendment rights, which protect him from Oath breaking so-called "public servants" who wallow in the public trough while trampling upon Libellant's Constitutional Rights.

55. Said Libelee(s), Meanwhile attempt to impose totalitarian Socialism upon the People, although such a System is the Antithesis of the Constitution, that public servants and duly constituted Authorities are Sworn to uphold while denationalization Libellant with said De facto Law Admiralty Criminal Prize Proceeding FSB21000434; furthermore, labeling Libellant as a Black, Negro Colored, African American instead of acknowledging jurisdictional challenge as a Moorish American National and Ipso Jure Moor Subject and Private People called Moor who Subject of the Al Maroc Shereefian Empire pursuant to Master Bill of Lading filing on 8/22/2023.

56. Libelee(s) have exceeded their jurisdiction.

57. They have abused their discretion.

58. They have acted outside the Lawful perimeters of their official duties.

59. They have Grossly, Willfully, wantonly, 19) Unlawfully, Carelessly, Recklessly, Negligently, Intentionally, 20) maliciously,

Purposefully, and Discriminatingly Conspired to Libellant Constitutional rights and They have Refused, neglected

or Failed to Protect Libellant from said Conspiracy although they have been a position to do so.

60. Libelee(s) acts as heretofore complained of, have caused harm and damage to Libellant.

61. Said acts have caused, severe injuries, insomnia, worry, financial insecurity, stress and strain in relationships, with his family, relatives and friends, Libelees activities have impaired Libellant's credit standing.

62. They have subjected him to mental anguish, monetary anguish, physical anguish, slander, libel, deliberate indifference as well as public ridicule and embarrassment.

Under Maxim of Law an unrebutted affidavit stands as truth in commerce; therefore, an unrebutted affidavit becomes judgment in commerce. The default constitutes each of their admission by silence to the validity of the facts and claims made in the Complaint and Request for Injunction and such prima

facie evidence stands as conclusive proof that the foreign private corporate entities and Libelee(s) lacks probable cause and trespassed against the beneficiaries', violating antitrust laws, their oaths and duties, using their collusive actions under color of law. All their actions are null and void ab initio.

27 CFR § 72.11 "All Crimes are commercial in their corporate democracy form of government; therefore, the 10 Maxims of Commercial Law hold precedent especially when the said Libelee(s) have put themselves in Default, Dishonor, and Forfeiture with their inexcusable negligence since the initial incident occurred. On or around 6/01/2021, 6/14/2021, and 6/29/2021, the libelee(s) (including Armada Towing, Newsom, Anderson, Monjazeb, Ta, Guerrero, Shipley, Robinson, Mccaulley) were served an Affidavit of Truth and Notice of True Bill along with a Notice of Waiver of Tort pursuant to the Administrative Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), U.S. v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct. ''No more than that (Affidavits) is necessary to make a prima facie case'', Gardner V. Broderick 392 U.S. 273 (1968 "Public Servants must respond to any and all presentments") with process via California Notary Public their current address via certified mail return receipt requested with a Prima Facie Tort Claim against them pursuant to ; As of this date, they have failed to answer and have waived their due process right to be heard which constitutes default.

### Prayer

63. Libelee(s) malicious and frivolous acts entitled Libellant to recover money damages from Libelee(s) and from each of them in their "official" and "unofficial capacity, and/or "public" and "private capacity"

### Request For Relief

64. Take notice that Plaintiff is requesting that District Court orders Superior Court to Dismiss frivolous Superior Court Case FSB21000434 with prejudice, overturn sentence due to rights violations from Superior Court of California County of San Bernardino on 8/25/2023, when Libellant properly challenged jurisdiction and Court ignored challenge of jurisdiction and proceeded with Tial, along with ordering all listed Libelee(s) to pay pursuant to California Notary Public's Affidavit and Certificate of Non-Response and Ni Hil Di Cit as well as the

### Statement of Claim and Fee Schedule

as follows:

65. Governor Gavin Newsom; amount owed: $1,760,000.00 USD

66. District Attorney Jason Anderson; amount owed: $1.760,000.00 USD

67. Deputy District Attorney Sheila Monjazeb; amount owed: $1,760,000.00 USD

68. Deputy District Attorney Enrique Guerrero; amount owed: $1,760,000.00 USD

69. Deputy District Attorney Eric Ta; amount owed: $1,760,000.00 USD

70. Deputy District Attorney Samantha Abraham; amount owed: $1,760,000.00 USD

71. State of California; amount owed $1,760,000.00 USD

72. County of San Bernardino, Respondeat Superior; amount owed: $1,760,000.00 USD

73. City of San Bernardino, Respondeat Superior, amount owed: $1,760,000.00 USD

74. City of San Bernardino Police Department; amount owed: $12,530,000.00 USD

79. San Bernardino Police Officer Shipley #51048; amount owed: $12,530,000.00 USD

80. San Bernardino Police Officer J. Robinson #51028; amount owed: $12,530,000.00 USD

81. San Bernardino Police Officer B. McCaulley; amount owed: $12,530,000.00 USD

82. Armada Towing LLC.; amount owed: $12,530,000.00 USD

83. This shall be payable to Libellant in Constitutional Lawful Money redeemable in gold or silver coin as set forth in Article 1 Sec. 10 of the constitution.

84. In addition Libellant prays such other and further relief as to the jury demanded in this case shall appear just.

85. Libelee(s) herein are sued in their individual capacities as well as their official capacities as agents of the State of California or The United States.

86. **This is a "Prima Facie" Tort Claim not a Civil Rights suit.**

87. If necessary; Libellant demands for all issues to be decided by the **Jury Demanded**.

88. If Libelee(s) move to dismiss this suit, Libellant Demands that it be heard by the jury demanded, and only be dismissed if the Jury considers it lacks merit.

## Memorandum of Law in support of Complaint for money damages:

89.  10 Maxims of Commercial Law

90. U.S. Constitution (Bill of Rights)

91. The Treaty of Peace and Friendship and Amnesty of 1786 Articles 6 and 21

92. Free Moorish American Zodiac Constitution Article II, Paragraph II, Resolution No. 75 Dated April 17th, 1933

93. Moorish American Society of Philadelphia and use of their names

94. The Order of Melchizedek Genesis 14:18 verse 19

95. Article VI of the United States of America Constitution and the Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141

96. the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42 and 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES, AND REGULATIONS THAT APPLY TO YOU AND DO NOT WAIVE ANY PART OF THEM

## CASE LAW

97. UNITED v. KIS, 658 F.2d 526 ''No more than that (Affidavits) is necessary to make prima facie case''

98. Gardner V. Broderick 392 U.S. 273 (1968 "Public Servants must respond to any and all presentments"

99. U.S. v Throckmorton 98 U.S. 61 (1963) "Fraud on the Court, By the Court, and the Prosecution"

## Miscellaneous

100. and pursuant to sworn oath of office and obligation to register with the Secretary of State (U.S.C. Article VI Clause III).

101. Administrative Procedures Act of 1946

102. Master Bill of Lading

## Declaration

**I declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct.**

(Respectfully submitted)

DocuSigned by:

[X]  *bacc, youn W. O P*

6973B2FCE70A498...

Beneficial Owner and Grantor for Q Ali Bey Express Trust
d/b/a QUINN SHINDA BASS W.O.P. COPYRIGHT TRADEMARK

READ ATTACHED
SUPPORTING DOCUMENTS

## After Visit Summary

**VA** U.S. Department of Veterans Affairs

**Bass,Quinn Shinda**
DOB: 03/09/1980 (40y)
Visit date: February 04, 2021
Date generated: February 04, 2021 23:37
LOMA LINDA HCS
We are glad to serve you today at VA Loma Linda. In 30 to 60 days, you may receive a **survey in the mail.
PLEASE take the time to fill it out.**

## Today's Visit

| | |
|---|---|
| **Clinic Visits** | Feb 04, 2021 21:04 - LL/EMER DEPT LOG/1600-2400-X / STEINKE,MICHAEL / PARK,SOOKJA |
| **Providers** | • STEINKE,MICHAEL<br>• PARK,SOOKJA |
| **Reason For Visit** | • Pain in right Elbow |
| **You Were Diagnosed With** | • Pain in right Elbow      • Contusion of right Elbow, Initial Encounter |
| **Vitals as of This Visit** | February 04, 2021<br>• Blood Pressure: 134/87    • Respirations: 18<br>• Pulse: 94    • Temperature: 97.9 F<br>• Pulse Oximetry: 100    • Pain: 10 |

*[handwritten: By fx's Report; 01-29-2021 Assmnt/Puzzle; Initial Exam C ER Arrowhead Regime M.C]*

## My Treatment Plan

**Other Instructions**

ER courses: Long arm Rt posterior splint and sling Rt arm.
Orthopedic consult, Dr. Rhett MacNeille,

*[handwritten: (R) elbow fx  01-29-2021.]*

Rxs: Tylenol 500mg, #20 for mild or moderate pain
Tylenol with codein 30/325mg, #16, No driving. only for severe pain
Discharge after care instruction (DC ACI):

Discharged home in stable condition
Elevate your Lt arm to cut to prevent swelling lower arm or hands, finger
Keep dry and clean splint.
Try to take ace wrap off if any severe pressure or pain over the posterior long
arm splint.

*[handwritten left margin: fracture (Rt) elbow; see Radiologist result @ Ball]*

1) Pt verbalized and agreed DC ACI.

2) The case manager will contact you for orthopeidc clinic at outpatine follow
up for your right elbow, please answer the phone when you have calls, please
No contact sport, fall precautions

3) Return to emergency room if persistent and worse

## My Ongoing Care

| | |
|---|---|
| **Primary Care Provider** | Sun,C H<br>DELTA MD 8 |
| **Upcoming Appointments** | No appointments scheduled in the next 3 months |
| **Immunizations** | • Tetanus, Diphtheria, Pertussis (TDAP) (Date: Jul 08, 2020) |

For care on evenings and weekends, please call 24 hour Telephone Care at 1-877-252-4866

| | |
|---|---|
| **Allergies and Adverse Drug Reactions (Signs / Symptoms)** | No known allergies |

**My Medications**

The medications listed below were reviewed with you by your provider and is provided to you as an updated list of medications. Please remember to inform your provider of any medication changes or discrepancies that you note. Otherwise, please continue these medications as prescribed.

| Medication | Facility | Prescription Status |
|---|---|---|
| **ACETAMINOPHEN 300MG/COD 30MG TAB**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED **DO NOT TAKE MORE THAN 3000MG OF ACETAMINOPHEN PER DAY**<br>Notes: | | PENDING<br>Quantity: 0 for 0 days<br>Refills Remaining: 0<br>Last Filled: Requested on but not yet released. |
| Acetaminophen 500mg Tab<br>TAKE ONE TABLET BY MOUTH EVERY 12 HOURS AS NEEDED FOR PAIN **DO NOT TAKE MORE THAN 3000MG OF ACETAMINOPHEN PER DAY**<br>Rx #: 9944833<br>Notes: | LOMA LINDA PHARMACY 909-777-3259<br>Ordering Provider: PARK,SOOKJA | ACTIVE<br>Quantity: 20 for 10 days<br>Refills Remaining: 0<br>Expires: Mar 6, 2021<br>Last Filled: Requested on Feb 4, 2021 but not yet released. |

# Additional Information

**More Help and Information**

This information is meant to provide a summary of your appointment with your health care provider. If you have any questions about your care including test results, medications, diagnoses or other concerns, please contact your health care provider. **Please bring this form to your next visit as a record of your medications and alert your provider to any changes in your medications.**

- To contact your primary care provider, please call (909) 825-7084 or 1-800-741-8387 and follow the prompts to the clinic where your primary care provider is located.
- To refill a prescription, please call 909-777-3259 or visit www.myhealth.va.gov.
- **For care on evenings and weekends, please call 24 hour Telephone Care at 1-877-252-4866.**

Access health resources. Track your health. Refill VA prescriptions. Visit **www.myhealth.va.gov** ! Ask your health care team about in-person authentication and begin ordering medications and viewing appointments through MyHealtheVet. After completing in-person authentication, click on "Secure Messaging" in MyHealtheVet and select "I would like to opt in to secure messaging" in order to send email messages to your providers.

Want to be healthier? Take the HealtheLiving Assessment on My Health e Vet at **www.myhealth.va.gov** . Answer the questions about your health history. You will get a list of ways to improve your health. Please bring your report to your next primary care appointment. Talk about it with your PACT-they will connect you with tools to help you succeed with your health goals. Live healthier!

Thank you for allowing us to provide you access to quality healthcare. You may receive a paper survey in the mail. Your opinion counts! Please complete the survey so we can ensure we continue to provide outstanding healthcare services. If you did not receive outstanding care, you have the opportunity voice your concerns on our Customer Service line (909) 583-6133. We make every effort to respond to your call within one business day. Thank you for choosing VA Loma Linda Healthcare System and thank you for your service to our nation.

EXHIBIT A

```
                    Report from: LOMA LINDA HCS    Station #605
Imaging (local only)                                                    Page 1
BASS,QUINN SHINDA    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                      MAR 9,1980 (40)
==========================================================================
                    *** WORK COPY ONLY ***           Printed: 02/04/2021 23:37
ELBOW RIGHT 3+ VIEW

Exm Date: FEB 04, 2021@21:45
Req Phys: AVERILL,FRANCIS C            Pat Loc: LL/EMER DEPT LOG/1600-2400-X (
                                       Img Loc: LL/3RD FLOOR LOCATION A
                                       Service: Unknown


(Case 605-020421-2247 COMPLETE)ELBOW RIGHT 3+ VIEW        (RAD  Detailed) CPT:73080
     Reason for Study: Refer to Clinical History

   Clinical History:
    Defer to Radiologist for final protocol?....: Yes


   Reason for Study:  R ELBOW PAIN S/P ASSAULT

   Report Status: Verified            Date Reported: FEB 04, 2021
                                       Date Verified: FEB 04, 2021

   Verifier E-Sig:

   Report:
    X-RAY EXAM OF ELBOW

    HISTORY: R ELBOW PAIN S/P ASSAULT

    COMPARISON: None

    TECHNIQUE: 3 view(s) of the right elbow , submitted to the VA
    National Teleradiology Program (NTP) for interpretation.

    FINDINGS:

    Ossific fragments adjacent to the coronoid process compatible
    with fracture is noted. There is a joint effusion. Overlying
    splint is noted.


   Impression:

    Coronoid process fracture.

    READING PHYSICIAN: Lorraine Manlolo, M.D. -1982926861
    2/4/2021 21:18 HAST
    VHA National Teleradiology Program
    877-780-5559 (For Medical Practitioner Use Only)
    795 Willow Road, Bldg 334, Suite C210
                    *** WORK COPY ONLY ***      (continued...)
```

EXHIBIT A

```
                     Report from: LOMA LINDA HCS    Station #605
Imaging (local only)                                                        Page 2
BASS,QUINN SHINDA   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                          MAR 9,1980 (40)
================================================================================
                    *** WORK COPY ONLY ***               Printed: 02/04/2021 23:37
(...continued)
      Menlo Park, CA 94025

      Attention Patients / Veterans: If you have questions or concerns
      about these test results, please contact your ordering provider
      or primary care team.

   Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

Primary Interpreting Staff:
  RADIOLOGY,OUTSIDE SERVICE, Staff Physician
/


                    *** WORK COPY ONLY ***
```

EXHIBIT #:173



EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B





EXHIBIT



CR1352/
FSB21000434

## SAN BERNARDINO POLICE DEPARTMENT
# CIVILIAN COMPLAINT FACT FORM

EXHIBIT C



Chief of Police
San Bernardino Police Department
P.O. Box 1559
San Bernardino, CA 92401

**Your Name** bass quinn W.O.P. ©

**Home Address** P.O. Box 166 HIGHLAND, CA 92346

**Work Address** _____

**Home Phone** _____ **Work Phone** _____ **Cell Phone** (909) 95-0729

**Email Contact:** THEREALEST_EVER @ YAHOO.COM

Were you arrested at the incident you are complaining about:   Yes ☒   No ☐

If "Yes", do you have a lawyer?   Yes ☐   **Lawyer's name:** _____
No ☐   **Phone #:** _____

Are you willing to discuss the incident with investigators **without** your lawyer being present?   Yes ☐
No ☒

**Name(s), Badge number(s), or description of employee(s) involved:**

N/A

OFFICER ROBINSON (ALLEGED SWAT)

_____

_____

**Date/Time of occurrence** 01/29/2021   APPROX 9:40 PM

**Location of occurrence** LITTLE CEASARS PARKING LOT HIGHLAND, DEL ROSA AVE

**Names, Addresses, and phone numbers of all known witnesses:**

1. _____
2. _____
3. _____
4. _____
5. _____

(OVER)

EXHIBIT C

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
### San Bernardino District
247 West 3rd St
San Bernardino, CA 92415

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br>                    PLAINTIFF | ) ) ) | |
| | ) | CASE NO. FSB21000434 |
| VS. | ) ) | |
| QUINN SHINDA BASS | ) | C O M M I T M E N T |
| DEFENDANT | ) ) | |

AKA:                                                DOB: 3/9/1980       DUPLICATE ORIGINAL
CHARGES:
    004. PC69-F: Obstr/Resist Executive Officer
    005. PC148(A)-M: Resisting An Officer

DATE: 10/12/2023          JUDICIAL OFFICER: GREGORY S TAVILL          Department S20 - SBJC

### TO: SHERIFF, COUNTY OF SAN BERNARDINO
Defendant herein, having been convicted of the offense(s) described above. I do certify that upon such conviction, judgment was duly entered in the records of this court as follows:

County Jail Sentence
Serve 270 Days County Jail eligible for County Jail Weekend/Work Release program.
Credit for 21 Days PC4019 (1/2)
Report to Glen Helen Rehab Center by 10/20/2023 no later than 2:00pm with a valid photo I.D.

Complete by: Friday, October 25, 2024

I certify the foregoing is a true copy of the order rendered on **10/12/2023** by the above named Judge.

**Clerk of the Court**

Date: 10/12/2023

Sylvia Ramirez

Scanned with CamScanner

EXHIBIT D

## AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL
### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND
### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

**************************************************************************************************

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT  SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET
SAN BERNARDINO, CA 92401,

ARMADA TOWING, RESPONDEAT SUPERIOR
2285 6TH STREET
SAN BERNARDINO, CA 92410

AND ALL PARTIES OF INTERESTS

### AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL

**Take Notice that on January 29th 2021 my wife dealing with her medical ailments requested that I go get her water to aid her while suffering from one of those chronic ailments; furthermore, I took my**

EXHIBIT D

private conveyance (BMW X5) and traveled north bound on Del Rosa Ave. I was stopped at the intersection of Del Rosa Ave and Pacific st waiting for the light to turn green when I witnessed a SAN BERNARDINO POLICE DEPARTMENT AGENT driving west bound on Pacific St crossing Del Rosa Ave; furthermore once Agent crossed the intersection did an immediate illegal U turn and drove to the left turn lane to go North Bound on Del Rosa Ave. My light changed green and I started traveling North bound. While Traveling up Del Rosa Ave the S.B.P.D. Agent who made the illegal U Turn was driving behind car whom was traveling behind myself; furthermore, as I traveled approx. 2 blocks from that point when I noticed another SAN BERNARDINO POLICE DEPARTMENT AGENT parked in an alley with no headlights on; furthermore, at the moment I passed the patrol vehicle the AGENTS sped out of the alley and immediately turned on their emergency lights and got behind me. I pulled into the nearest parking lot and traveled to an area where there were still people present out of fear of mistreatment by law enforcement. Once I parked near Little Cesar's Pizza located at 1643 E Highland Ave Unit A San Bernardino, CA 92404 I was met by OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), REPONDEAT SUPERIOR who made initial contact while OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), RESPONDEAT SUPERIOR was flashing his light through my passenger side window while OFFICER C. SHIPLEY #51048 was initially speaking. Before making initial contact OFFICER C. SHIPLEY #51048 pulls my driver side door and is already aggressively attempting to make physical contact with me.

Take further notice that it wasn't until AGENT noticed I was filming him did he turn on his audio recording and inform me that he stopped me for speeding (infraction/non arrest-able offense). When he asked me for me information I complied by saying '' hold on I got your information right here for you.'' As I was getting the requested information for AGENT SHIPLEY #51048 he immediately tells me he did not like the way I was reaching around my Private Car though he just asked me to get my information for him to review; furthermore, he has his partner flashing his light through the passenger side window to insure their safety and his partner didn't make any such moves or orders indicating that I was moving in a threatening manner; furthermore, after I handed my information over, AGENT SHIPLEY #51048 ordered me out of the car and out of fear for my safety I asked the AGENT to provide his watch commander twice. AGENT SHIPLEY #51048 refused each time while reaching for my driver's side window to break it. I responded asking the AGENT not to break my window and informing the AGENT that I never committed a crime; however, OFFICER C. SHIPLEY #51048 threatened me by saying if I didn't step out he was going to break my window and force me out. At that moment I told the AGENT that I will step out of my Private Conveyance. As I was attempting to ensure my cell phone was still recording the incident before stepping out of my BMW X5, OFFICER C. SHIPLEY #51048 states '' you have until the count of three and then I'm breaking your window and dragging you out, 1, 1'' then proceeds with breaking my window with his

EXHIBIT D

bare hands, pulling me out of my car with the aid of **OFFICER J. ROBINSON #51028** and **B. MCCAULLEY (SWAT).**

Take further notice that **OFFICERS** slammed me head first in the bed of glass that was just previously broken, where I almost fell unconscious; furthermore, instantly receiving lacerations to the head and face while **C. SHIPLEY** took one arm while **J. ROBINSON** had the other arm, and began wrenching both arms back, severely spraining my left elbow, left shoulder, right shoulder, while breaking the right elbow. While handcuffed I asked for medical assistance due to my injuries; furthermore, when paramedics that showed up on seen refused to treat me and/or transport me to the hospital though I clearly needed medical attention.

Take further notice that I told **SAN BERNARDINO POLICE DEPARTMENT RESPONDEAT SUPERIOR** before being transported by patrol car to Arrowhead Regional Medical Center in Colton CA not to tow my Private Conveyance (BMW X5) from the parking lot that I was parked in; furthermore, **ARMADA TOWING, RESPONDEAT SUPERIOR** towed my private conveyance from the aforementioned location to their lot located at 2285 SIXTH STREET, SAN BERNARDINO, CA 92410 on January 29th 2021 and had lien paperwork on my private conveyance less than 7 days from towing it. All **RESPONDENTS LISTED** are in violation of my unalienable rights protected by the California Constitution of 1849 Article I Declaration of Rights Section(s) 1, 3, , 4, 6, 7, 8, 16, 19, 21 and pursuant to CA Penal Code 69 subsection b

PC 69 (b) The fact that a person takes a photograph or makes an audio or video recording of an executive officer, while the officer is in a public place or the person taking the photograph or making the recording is in a place he or she has the right to be, does not constitute, in and of itself, a violation of subdivision (a).

**18 U.S. Code § 242.Deprivation of rights under color of law**

**Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both;**

EXHIBIT D

**42 U.S. Code § 1983.Civil action for deprivation of rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not

be granted unless a declaratory decree was violated or declaratory relief was unavailable.

**42 U.S. Code § 1985.Conspiracy to interfere with civil rights**

**(3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES**
**If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators**

U.S. Supreme Court Case Gardner v Broderick 1968 in PUBLIC SERVANTS must respond to any and all presentments

Amendment V of the United States Constitution

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation

U.S.C. Article VI Section 3.

**Clause 3**

- The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound

EXHIBIT D

by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

California Constitution of 1849 Article I Declaration of Rights:

SECTION 1.

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

SEC. 3.

(a) The people have the right to instruct their representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that it protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

(5) This subdivision does not repeal or nullify, expressly or by implication, any constitutional or statutory exception to the right of access to public records or meetings of public bodies that is in effect on the effective date of this subdivision, including, but not limited to, any statute protecting the confidentiality of law enforcement and prosecution records.

(6) Nothing in this subdivision repeals, nullifies, supersedes, or modifies protections for the confidentiality of proceedings and records of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses provided by Section 7 of Article IV, state law, or legislative rules adopted in furtherance of those provisions; nor does it affect the scope of permitted discovery in judicial or administrative proceedings regarding deliberations of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses.

(7) In order to ensure public access to the meetings of public bodies and the writings of public officials and agencies, as specified in paragraph (1), each local agency is hereby required to comply with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Ralph M. Brown Act (Chapter 9 (commencing with Section 54950) of Part 1 of Division 2 of Title 5 of the Government Code), and with any subsequent statutory enactment amending either act, enacting a successor act, or amending any successor act that contains findings demonstrating that the statutory enactment furthers the purposes of this section.

EXHIBIT D

SEC. 4.

Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The Legislature shall make no law respecting an establishment of religion.

A person is not incompetent to be a witness or juror because of his or her opinions on religious beliefs.

SEC. 16.

Trial by jury is an inviolate right and shall be secured to all, but in a civil cause three-fourths of the jury may render a verdict. A jury may be waived in a criminal cause by the consent of both parties expressed in open court by the defendant and the defendant's counsel. In a civil cause a jury may be waived by the consent of the parties expressed as prescribed by statute.

In civil causes the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court. In civil causes other than causes within the appellate jurisdiction of the court of appeal the Legislature may provide that the jury shall consist of eight persons or a lesser number agreed on by the parties in open court.

In criminal actions in which a felony is charged, the jury shall consist of 12 persons. In criminal actions in which a misdemeanor is charged, the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court.

SEC. 19.

(a) Private property may be taken or damaged for a public use and only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation.

(b) The State and local governments are prohibited from acquiring by eminent domain an owner-occupied residence for the purpose of conveying it to a private person.

(c) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of protecting public health and safety; preventing serious, repeated criminal activity; responding to an emergency; or remedying environmental contamination that poses a threat to public health and safety.

(d) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of acquiring private property for a public work or improvement.

(e) For the purpose of this section:

1. "Conveyance" means a transfer of real property whether by sale, lease, gift, franchise, or otherwise.

2. "Local government" means any city, including a charter city, county, city and county, school district, special district, authority, regional entity, redevelopment agency, or any other political subdivision within the State.

3. "Owner-occupied residence" means real property that is improved with a single-family residence such as a detached home, condominium, or townhouse and that is the owner or owners' principal place of residence for at

EXHIBIT D

least one year prior to the State or local government's initial written offer to purchase the property. Owner-occupied residence also includes a residential dwelling unit attached to or detached from such a single-family residence which provides complete independent living facilities for one or more persons.

4. "Person" means any individual or association, or any business entity, including, but not limited to, a partnership, corporation, or limited liability company.

5. "Public work or improvement" means facilities or infrastructure for the delivery of public services such as education, police, fire protection, parks, recreation, emergency medical, public health, libraries, flood protection, streets or highways, public transit, railroad, airports and seaports; utility, common carrier or other similar projects such as energy-related, communication-related, water-related and wastewater-related facilities or infrastructure; projects identified by a State or local government for recovery from natural disasters; and private uses incidental to, or necessary for, the public work or improvement.

6. "State" means the State of California and any of its agencies or departments.

Section 21

**To watch video of the aforementioned incident on January 29th 2021 click on the link below:**

**https://youtu.be/lnDJhcgIFj8**

## NOTICE OF TRUE BILL

**WARNING:** You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.

EXHIBIT D

BE CONSIDERED A CONTINOUS ACT OF TORT AND YOU WILL BE CONTRACTED

BY WAIVER OF TORT TO PAY IN THE AMOUNT OF $8,000,000 USD IN CREDIT

INCLUDING AN ADDITIONAL $15,000 USD IN CREDIT PER DAY PLUS

COMPENSATORY DAMAGES STARTING BACK ON DAY OF TRESPASS (JANUARY

29TH 2021 TO DATE).

Without Recourse

By:    By: bass quinn W.O.P.

Bass, Quinn Without Prejudice

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 05/28/2021

NOTARY

EXHIBIT D

## NOTICE of WAIVER of TORT is hereby given to ANY and ALL ACTORS

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT  SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET

SAN BERNARDINO, CA 92401,


ARMADA TOWING, RESPONDEAT SUPERIOR

2285 6TH STREET

SAN BERNARDINO, CA  **and ALL AGENTS,**

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be NO "MISTAKE",** or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that **ALL** Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES, NOTICE IS THEREFORE ENTERED and POSTED upon the **PUBLIC RECORD** by and through the **Universal Postal Union by CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT and Public NOTICE in the PUBLIC LIBRARY and COUNTY CLERKS OFFICE pursuant to COMMON LAW.**

It is therefore and herein **DECLARED** that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE; TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this CONTRACT MUTUALLY AGREED BY ALL ACTORS BY SPECIFIC PERFORMANCE.

EXHIBIT D

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and/or Corporations, Officers, Deputies, assigns, agents, actors, employees or representatives in any way thereof: YOU ARE HEREIN GIVEN AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL AND DECLARATION OF THIS WAIVER OF TORT and the CONTRACT therein created.

You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S). NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM OR LIMITATION OF LIABLITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance: @$8,000,000.00 USD in credit INCLUDING $15,000 USD in credit per day starting from January 29th 2021, including compensatory (3x) . THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY or an OMISSION OF LAWFUL ACTIONS OR DUTIES, Res ipsa loquitur.

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THAT ATTACHED CONTRACT.

BY PROCEEDING TO FURTHER INJURY YOU AGREE, KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON YOURSELVES. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE ON NOT TO INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse

By: _By : barry quinn W.O.f.©_

Quinn Bass W.O.P.
Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE:
05/28/2021

NOTARY:



EXHIBIT  E

## AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

### NOTICE OF FAULT AND OPPORTUNITY TO CURE

### (SECOND NOTICE)

06/13/2021, San Bernardino, California



********************************************************************************

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET

SAN BERNARDINO, CA 92401,


ARMADA TOWING, RESPONDEAT SUPERIOR

2285 6TH STREET

SAN BERNARDINO, CA 92410


**AND ALL PARTIES OF INTERESTS**


AFFIDAVIT OF TRUTH AND **NOTICE OF TRUE BILL**

EXHIBIT E

Take Notice that on January 29th 2021 my wife dealing with her medical ailments requested that I go get her water to aid her while suffering from one of those chronic ailments; furthermore, I took my private conveyance (BMW X5) and traveled north bound on Del Rosa Ave. I was stopped at the intersection of Del Rosa Ave and Pacific st waiting for the light to turn green when I witnessed a SAN BERNARDINO POLICE DEPARTMENT AGENT driving west bound on Pacific St crossing  Del Rosa Ave; furthermore once Agent crossed the intersection did an immediate illegal U turn and drove to the left turn lane to go North Bound on Del Rosa Ave. My light changed green and I started traveling North bound. While Traveling up Del Rosa Ave the S.B.P.D. Agent who made the illegal U Turn was driving behind car whom was traveling behind myself; furthermore, as I traveled approx. 2 blocks from that point when I noticed another SAN BERNARDINO POLICE DEPARTMENT AGENT parked in an alley with no headlights on; furthermore, at the moment I passed the patrol vehicle the AGENTS sped out of the  alley and immediately turned on their emergency lights and got behind me. I pulled into the nearest parking lot and traveled to an area where there were still people present out of fear of mistreatment by law enforcement. Once I parked near Little Cesar's Pizza located at 1643 E Highland Ave Unit A San Bernardino, CA 92404 I was met by OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), REPONDEAT SUPERIOR who made initial contact while OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), RESPONDEAT SUPERIOR was flashing his light through my passenger side window while OFFICER C. SHIPLEY #51048 was initially speaking. Before making initial contact OFFICER C. SHIPLEY #51048 pulls my driver side door and is already aggressively attempting to make physical contact with me.

Take further notice that it wasn't until AGENT noticed I was filming him did he turn on his audio recording and inform me that he stopped me for speeding (infraction/non arrest-able offense). When he asked me for me information I complied by saying '' hold on I got your information right here for you.'' As I was getting the requested information for AGENT SHIPLEY #51048 he immediately tells me he did not like the way I was reaching around my Private Car though he just asked me to get my information for him to review; furthermore, he has his partner flashing his light through the passenger side window to insure their safety and his partner didn't make any such moves or orders indicating that I was moving in a threatening manner; furthermore, after I handed my information over, AGENT SHIPLEY #51048 ordered me out of the car and out of fear for my safety I asked the AGENT to provide his watch commander twice. AGENT SHIPLEY #51048  refused each time while reaching for my driver's side window to break it. I responded asking the AGENT not to break my window and informing the AGENT that I never committed a crime; however, OFFICER C. SHIPLEY #51048 threatened me by saying if I didn't step out he was going to break my window and force me out. At that moment I told the AGENT that I will step out of my Private Conveyance. As I was attempting to ensure my cell phone was still recording the incident before stepping out of my BMW X5, OFFICER C. SHIPLEY #51048 states '' you have until the count of three and then I'm

EXHIBIT E

breaking your window and dragging you out, 1, 1'' then proceeds with breaking my window with his
bare hands, pulling me out of my car with the aid of OFFICER J. ROBINSON #51028 and B.
MCCAULLEY (SWAT).

Take further notice that OFFICERS slammed me head first in the bed of glass that was just
previously broken, where I almost fell unconscious; furthermore, instantly receiving lacerations to
the head and face while C. SHIPLEY  took one arm while J. ROBINSON had the other arm, and
began wrenching both arms back, severely spraining my left elbow, left shoulder, right shoulder,
while breaking the right elbow. While handcuffed I asked for medical assistance due to my injuries;
furthermore, when paramedics that showed up on seen refused to treat me and/or transport me to
the hospital though I clearly needed medical attention.

Take further notice that I told SAN BERNARDINO POLICE DEPARTMENT RESPONDEAT
SUPERIOR before being transported by patrol car to Arrowhead Regional Medical Center in Colton
CA not to tow my Private Conveyance (BMW X5) from the parking lot that I was parked in;
furthermore, ARMADA TOWING, RESPONDEAT SUPERIOR towed my private conveyance from
the aforementioned location to their lot located at 2285 SIXTH STREET, SAN BERNARDINO, CA
92410 on January 29th 2021 and had lien paperwork on my private conveyance less than 7 days from
towing it. All RESPONDENTS LISTED are in violation of  my unalienable rights protected by the
California Constitution of 1849 Article I Declaration of Rights Section(s) 1, 3, , 4, 6, 7, 8, 16, 19, 21
and pursuant to CA Penal Code 69 subsection b

PC 69 (b) The fact that a person takes a photograph or makes an audio or
video recording of an executive officer, while the officer is in a public place or
the person taking the photograph or making the recording is in a place he or
she has the right to be, does not constitute, in and of itself, a violation of
subdivision (a).

## 18 U.S. Code § 242.Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully
subjects any person in any State, Territory, Commonwealth, Possession, or District to the
deprivation of any rights, privileges, or immunities secured or protected by the Constitution
or laws of the United States, or to different punishments, pains, or penalties, on account of
such person being an alien, or by reason of his color, or race, than are prescribed for the
punishment of citizens, shall be fined under this title or imprisoned not more than one year,
or both; and if bodily injury results from the acts committed in violation of this section or if
such acts include the use, attempted use, or threatened use of a dangerous weapon,

EXHIBIT E

explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or
both;

**42 U.S. Code § 1983.Civil action for deprivation of rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or
Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United
States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or
immunities secured by the Constitution and laws, shall be liable to the party injured in an action at
law, suit in equity, or other proper proceeding for redress, except that in any action brought against a
judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not
be granted unless a declaratory decree was violated or declaratory relief was unavailable.

**42 U.S. Code § 1985.Conspiracy to interfere with civil rights**

**(3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES**
**If two or more persons in any State or Territory conspire or go in disguise on the highway
or on the premises of another, for the purpose of depriving, either directly or indirectly, any
person or class of persons of the equal protection of the laws, or of equal privileges and
immunities under the laws; or for the purpose of preventing or hindering the constituted
authorities of any State or Territory from giving or securing to all persons within such State
or Territory the equal protection of the laws; or if two or more persons conspire to prevent
by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his
support or advocacy in a legal manner, toward or in favor of the election of any lawfully
qualified person as an elector for President or Vice President, or as a Member
of Congress of the United States; or to injure any citizen in person or property on account of
such support or advocacy; in any case of conspiracy set forth in this section, if one or more
persons engaged therein do, or cause to be done, any act in furtherance of the object of
such conspiracy, whereby another is injured in his person or property, or deprived of having
and exercising any right or privilege of a citizen of the United States, the party so injured or
deprived may have an action for the recovery of damages occasioned by such injury or
deprivation, against any one or more of the conspirators**

U.S. Supreme Court Case Gardner v Broderick 1968 in PUBLIC SERVANTS must respond to any and all
presentments

Amendment V of the United States Constitution

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment
of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of
war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb;
nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or
property, without due process of law; nor shall private property be taken for public use, without just compensation

U.S.C. Article VI Section 3.

**Clause 3**

EXHIBIT E

- The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

California Constitution of 1849 Article I Declaration of Rights:

SECTION 1.

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.


SEC. 3.

(a) The people have the right to instruct their representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that it protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

(5) This subdivision does not repeal or nullify, expressly or by implication, any constitutional or statutory exception to the right of access to public records or meetings of public bodies that is in effect on the effective date of this subdivision, including, but not limited to, any statute protecting the confidentiality of law enforcement and prosecution records.

(6) Nothing in this subdivision repeals, nullifies, supersedes, or modifies protections for the confidentiality of proceedings and records of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses provided by Section 7 of Article IV, state law, or legislative rules adopted in furtherance of those provisions; nor does it affect the scope of permitted discovery in judicial or administrative proceedings regarding deliberations of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses.

(7) In order to ensure public access to the meetings of public bodies and the writings of public officials and agencies, as specified in paragraph (1), each local agency is hereby required to comply with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Ralph M. Brown Act (Chapter 9 (commencing with Section 54950) of Part 1 of Division 2 of Title 5 of the Government



Code), and with any subsequent statutory enactment amending either act, enacting a successor act, or amending any successor act that contains findings demonstrating that the statutory enactment furthers the purposes of this section.

SEC. 4.

Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The Legislature shall make no law respecting an establishment of religion.

A person is not incompetent to be a witness or juror because of his or her opinions on religious beliefs.

SEC. 16.

Trial by jury is an inviolate right and shall be secured to all, but in a civil cause three-fourths of the jury may render a verdict. A jury may be waived in a criminal cause by the consent of both parties expressed in open court by the defendant and the defendant's counsel. In a civil cause a jury may be waived by the consent of the parties expressed as prescribed by statute.

In civil causes the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court. In civil causes other than causes within the appellate jurisdiction of the court of appeal the Legislature may provide that the jury shall consist of eight persons or a lesser number agreed on by the parties in open court.

In criminal actions in which a felony is charged, the jury shall consist of 12 persons. In criminal actions in which a misdemeanor is charged, the jury shall consist of 12 persons or a lesser number agreed upon by the parties in open court.

SEC. 19.

(a) Private property may be taken or damaged for a public use and only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation.

(b) The State and local governments are prohibited from acquiring by eminent domain an owner-occupied residence for the purpose of conveying it to a private person.

(c) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of protecting public health and safety; preventing serious, repeated criminal activity; responding to an emergency; or remedying environmental contamination that poses a threat to public health and safety.

(d) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of acquiring private property for a public work or improvement.

(e) For the purpose of this section:

1. "Conveyance" means a transfer of real property whether by sale, lease, gift, franchise, or otherwise.

2. "Local government" means any city, including a charter city, county, city and county, school district, special district, authority, regional entity, redevelopment agency, or any other political subdivision within the State.

EXHIBIT E

3. "Owner-occupied residence" means real property that is improved with a single-family residence such as a detached home, condominium, or townhouse and that is the owner or owners' principal place of residence for at least one year prior to the State or local government's initial written offer to purchase the property. Owner-occupied residence also includes a residential dwelling unit attached to or detached from such a single-family residence which provides complete independent living facilities for one or more persons.

4. "Person" means any individual or association, or any business entity, including, but not limited to, a partnership, corporation, or limited liability company.

5. "Public work or improvement" means facilities or infrastructure for the delivery of public services such as education, police, fire protection, parks, recreation, emergency medical, public health, libraries, flood protection, streets or highways, public transit, railroad, airports and seaports; utility, common carrier or other similar projects such as energy-related, communication-related, water-related and wastewater-related facilities or infrastructure; projects identified by a State or local government for recovery from natural disasters; and private uses incidental to, or necessary for, the public work or improvement.

6. "State" means the State of California and any of its agencies or departments.

Section 21


**To watch video of the aforementioned incident on January 29th 2021 click on the link below:**

**https://youtu.be/lnDJhcgIFj8**


NOTICE OF TRUE BILL

EXHIBIT E

**WARNING:** You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT  SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET
SAN BERNARDINO  CA 92401,

ARMADA TOWING, RESPONDEAT SUPERIOR
2285 6TH STREET
SAN BERNARDINO, CA 92410

AND ALL PARTIES OF INTERESTS

, YOU ARE HEREBY GIVEN THREE BUSINESS DAYS OF THE RECIEPT OF THIS DOCUMENT
(EXCLUDING HOLIDAYS) TO PROVIDE ME
IN GOOD FAITH AND AS REQUIRED BY LAW PURSUANT TO U.S. SUPREME

COURT CASE PRECENDENT GARDNER V. BRODERICK (1968), TO PAY THE FULL

AMOUNT OF  EIGHT MILLION USD IN CREDIT ($8,000,000.00 USD IN CREDIT).

YOUR NEGLECT TO REFUTE/REFUSE/REBUT/ANSWER THE AFOREMENTIONED

AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL ALONG WITH NOTICE OF

WAIVER OF TORT WILL BE DEEMED A DIRECT VIOLATION OF MY DUE

PROCESS OF LAW WHICH IS PROTECTED BY CALIFORNIA CONSTITUTION OF

EXHIBIT E

1849 ATICLE I DECLARATION OF RIGHTS AND ORGANIC UNITED STATES

CONSTITUTION AND PURSUANT TO U.S.C. ARTICLE VI CLAUSE 3 AND IT WILL

BE CONSIDERED A CONTINOUS ACT OF TORT AND YOU WILL BE CONTRACTED

BY WAIVER OF TORT TO PAY IN THE AMOUNT OF $8,000,000 USD IN CREDIT

INCLUDING AN ADDITIONAL $15,000 USD IN CREDIT PER DAY PLUS

COMPENSATORY DAMAGES STARTING BACK ON DAY OF TRESPASS (JANUARY

29TH 2021 TO DATE).

Without Recourse

By: _Bass, Quinn W.O.P. ©_

Bass, Quinn Without Prejudice

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 05/12/2021

NOTARY:

EXHIBIT E

**NOTICE of WAIVER of TORT is hereby given to ANY and ALL ACTORS**

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND**

**NOTICE TO PRINCIPLE IS NOTICE TO AGENTNOTICE OF FAULT AND OPPORTUNITY TO CURE**

**(SECOND NOTICE)**

06/13/2021, San Bernardino, California

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT  SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET, SAN BERNARDINO, CA 92401,

ARMADA TOWING, RESPONDEAT SUPERIOR

2285 6TH STREET, SAN BERNARDINO, CA  **and ALL AGENTS,**

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be **NO "MISTAKE",** or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that **ALL** Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES, NOTICE IS THEREFORE ENTERED and POSTED upon the **PUBLIC RECORD by and through the Universal Postal Union by CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT and Public NOTICE in the PUBLIC LIBRARY and COUNTY CLERKS OFFICE pursuant to COMMON LAW.**

It is therefore and herein **DECLARED** that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE; TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY

EXHIBIT E

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and/or Corporations, Officers, Deputies, assigns, agents, actors, employees or representatives in any way thereof: YOU ARE HEREIN GIVEN AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL AND DECLARATION OF THIS WAIVER OF TORT and the CONTRACT therein created.

You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S). NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM OR LIMITATION OF LIABLITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance: @$8,000,000.00 USD in credit INCLUDING $15,000 USD in credit per day starting from January 29th 2021, including compensatory (3x) . THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY or an OMISSION OF LAWFUL ACTIONS OR DUTIES, Res ipsa loquitur.

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THAT ATTACHED CONTRACT.

BY PROCEEDING TO FURTHER INJURY YOU AGREE, KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON YOURSELVES. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE ON NOT TO INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse

By: Bass, Quinn W.O.P. ©

Quinn Bass W.O.P.
Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 05/ 12 /2021

NOTARY



EXHIBIT F

06/29/2021, San Bernardino, CA

## AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND
### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

#### (NOTICE OF DEFAULT THIRD & FINAL NOTICE)

**************************************************************************************

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT  SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET

SAN BERNARDINO, CA 92401,


ARMADA TOWING, RESPONDEAT SUPERIOR

2285 6TH STREET

SAN BERNARDINO, CA 92410


**AND ALL PARTIES OF INTERESTS**



AFFIDAVIT OF TRUTH AND **NOTICE OF TRUE BILL**

**Take Notice that on January 29th 2021 my wife dealing with her medical ailments requested that I go get her water to aid her while suffering from one of those chronic ailments; furthermore, I took my**

EXHIBIT F

private conveyance (BMW X5) and traveled north bound on Del Rosa Ave. I was stopped at the intersection of Del Rosa Ave and Pacific st waiting for the light to turn green when I witnessed a SAN BERNARDINO POLICE DEPARTMENT AGENT driving west bound on Pacific St crossing Del Rosa Ave; furthermore once Agent crossed the intersection did an immediate illegal U turn and drove to the left turn lane to go North Bound on Del Rosa Ave. My light changed green and I started traveling North bound. While Traveling up Del Rosa Ave the S.B.P.D. Agent who made the illegal U Turn was driving behind car whom was traveling behind myself; furthermore, as I traveled approx. 2 blocks from that point when I noticed another SAN BERNARDINO POLICE DEPARTMENT AGENT parked in an alley with no headlights on; furthermore, at the moment I passed the patrol vehicle the AGENTS sped out of the alley and immediately turned on their emergency lights and got behind me. I pulled into the nearest parking lot and traveled to an area where there were still people present out of fear of mistreatment by law enforcement. Once I parked near Little Cesar's Pizza located at 1643 E Highland Ave Unit A San Bernardino, CA 92404 I was met by OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), REPONDEAT SUPERIOR who made initial contact while OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), RESPONDEAT SUPERIOR was flashing his light through my passenger side window while OFFICER C. SHIPLEY #51048 was initially speaking. Before making initial contact OFFICER C. SHIPLEY #51048 pulls my driver side door and is already aggressively attempting to make physical contact with me.

Take further notice that it wasn't until AGENT noticed I was filming him did he turn on his audio recording and inform me that he stopped me for speeding (infraction/non arrest-able offense). When he asked me for me information I complied by saying '' hold on I got your information right here for you.'' As I was getting the requested information for AGENT SHIPLEY #51048 he immediately tells me he did not like the way I was reaching around my Private Car though he just asked me to get my information for him to review; furthermore, he has his partner flashing his light through the passenger side window to insure their safety and his partner didn't make any such moves or orders indicating that I was moving in a threatening manner; furthermore, after I handed my information over, AGENT SHIPLEY #51048 ordered me out of the car and out of fear for my safety I asked the AGENT to provide his watch commander twice. AGENT SHIPLEY #51048 refused each time while reaching for my driver's side window to break it. I responded asking the AGENT not to break my window and informing the AGENT that I never committed a crime; however, OFFICER C. SHIPLEY #51048 threatened me by saying if I didn't step out he was going to break my window and force me out. At that moment I told the AGENT that I will step out of my Private Conveyance. As I was attempting to ensure my cell phone was still recording the incident before stepping out of my BMW X5, OFFICER C. SHIPLEY #51048 states '' you have until the count of three and then I'm breaking your window and dragging you out, 1, 1'' then proceeds with breaking my window with his

EXHIBIT F

bare hands, pulling me out of my car with the aid of OFFICER J. ROBINSON #51028 and B. MCCAULLEY (SWAT).

Take further notice that OFFICERS slammed me head first in the bed of glass that was just previously broken, where I almost fell unconscious; furthermore, instantly receiving lacerations to the head and face while C. SHIPLEY took one arm while J. ROBINSON had the other arm, and began wrenching both arms back, severely spraining my left elbow, left shoulder, right shoulder, while breaking the right elbow. While handcuffed I asked for medical assistance due to my injuries; furthermore, when paramedics that showed up on seen refused to treat me and/or transport me to the hospital though I clearly needed medical attention.

Take further notice that I told SAN BERNARDINO POLICE DEPARTMENT RESPONDEAT SUPERIOR before being transported by patrol car to Arrowhead Regional Medical Center in Colton CA not to tow my Private Conveyance (BMW X5) from the parking lot that I was parked in; furthermore, ARMADA TOWING, RESPONDEAT SUPERIOR towed my private conveyance from the aforementioned location to their lot located at 2285 SIXTH STREET, SAN BERNARDINO, CA 92410 on January 29th 2021 and had lien paperwork on my private conveyance less than 7 days from towing it. All RESPONDENTS LISTED are in violation of my unalienable rights protected by the California Constitution of 1849 Article I Declaration of Rights Section(s) 1, 3, , 4, 6, 7, 8, 16, 19, 21 and pursuant to CA Penal Code 69 subsection b

PC 69 (b) The fact that a person takes a photograph or makes an audio or video recording of an executive officer, while the officer is in a public place or the person taking the photograph or making the recording is in a place he or she has the right to be, does not constitute, in and of itself, a violation of subdivision (a).

## 18 U.S. Code § 242.Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both;

Exhibit F

**42 U.S. Code § 1983.Civil action for deprivation of rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

**42 U.S. Code § 1985.Conspiracy to interfere with civil rights**

**(3)Depriving persons of rights or privileges**
If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators**

U.S. Supreme Court Case Gardner v Broderick 1968 in PUBLIC SERVANTS must respond to any and all presentments

Amendment V of the United States Constitution

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation

U.S.C. Article VI Section 3.

**Clause 3**

- The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

EXHIBIT F

California Constitution of 1849 Article I Declaration of Rights:

SECTION 1.

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

SEC. 3.

(a) The people have the right to instruct their representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that it protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

(5) This subdivision does not repeal or nullify, expressly or by implication, any constitutional or statutory exception to the right of access to public records or meetings of public bodies that is in effect on the effective date of this subdivision, including, but not limited to, any statute protecting the confidentiality of law enforcement and prosecution records.

(6) Nothing in this subdivision repeals, nullifies, supersedes, or modifies protections for the confidentiality of proceedings and records of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses provided by Section 7 of Article IV, state law, or legislative rules adopted in furtherance of those provisions; nor does it affect the scope of permitted discovery in judicial or administrative proceedings regarding deliberations of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses.

(7) In order to ensure public access to the meetings of public bodies and the writings of public officials and agencies, as specified in paragraph (1), each local agency is hereby required to comply with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Ralph M. Brown Act (Chapter 9 (commencing with Section 54950) of Part 1 of Division 2 of Title 5 of the Government Code), and with any subsequent statutory enactment amending either act, enacting a successor act, or amending any successor act that contains findings demonstrating that the statutory enactment furthers the purposes of this section.

SEC. 4.

EXHIBIT F

Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of
conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The
Legislature shall make no law respecting an establishment of religion.

A person is not incompetent to be a witness or juror because of his or her opinions on religious beliefs.

SEC. 16.

Trial by jury is an inviolate right and shall be secured to all, but in a civil cause three-fourths of the jury may render
a verdict. A jury may be waived in a criminal cause by the consent of both parties expressed in open court by the
defendant and the defendant's counsel. In a civil cause a jury may be waived by the consent of the parties expressed
as prescribed by statute.

In civil causes the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court. In civil
causes other than causes within the appellate jurisdiction of the court of appeal the Legislature may provide that the
jury shall consist of eight persons or a lesser number agreed on by the parties in open court.

In criminal actions in which a felony is charged, the jury shall consist of 12 persons. In criminal actions in which a
misdemeanor is charged, the jury shall consist of 12 persons or a lesser number agreed on by the parties in open
court.

SEC. 19.

(a) Private property may be taken or damaged for a public use and only when just compensation, ascertained by a
jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession
by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt
release to the owner of money determined by the court to be the probable amount of just compensation.

(b) The State and local governments are prohibited from acquiring by eminent domain an owner-occupied residence
for the purpose of conveying it to a private person.

(c) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent
domain for the purpose of protecting public health and safety; preventing serious, repeated criminal activity;
responding to an emergency; or remedying environmental contamination that poses a threat to public health and
safety.

(d) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent
domain for the purpose of acquiring private property for a public work or improvement.

(e) For the purpose of this section:

1. "Conveyance" means a transfer of real property whether by sale, lease, gift, franchise, or otherwise.

2. "Local government" means any city, including a charter city, county, city and county, school district, special
district, authority, regional entity, redevelopment agency, or any other political subdivision within the State.

3. "Owner-occupied residence" means real property that is improved with a single-family residence such as a
detached home, condominium, or townhouse and that is the owner or owners' principal place of residence for at
least one year prior to the State or local government's initial written offer to purchase the property. Owner-occupied
residence also includes a residential dwelling unit attached to or detached from such a single-family residence which
provides complete independent living facilities for one or more persons.

EXHIBIT F

4. "Person" means any individual or association, or any business entity, including, but not limited to, a partnership, corporation, or limited liability company.

5. "Public work or improvement" means facilities or infrastructure for the delivery of public services such as education, police, fire protection, parks, recreation, emergency medical, public health, libraries, flood protection, streets or highways, public transit, railroad, airports and seaports; utility, common carrier or other similar projects such as energy-related, communication-related, water-related and wastewater-related facilities or infrastructure; projects identified by a State or local government for recovery from natural disasters; and private uses incidental to, or necessary for, the public work or improvement.

6. "State" means the State of California and any of its agencies or departments.

Section 21

NOTICE OF TRUE BILL

**WARNING**: You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

EXHIBIT F

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET
SAN BERNARDINO, CA 92401,


ARMADA TOWING, RESPONDEAT SUPERIOR

2285 6TH STREET

SAN BERNARDINO, CA 92410


AND ALL PARTIES OF INTERESTS


, YOU ARE HEREBY GIVEN THREE BUSINESS DAYS OF THE RECIEPT OF THIS DOCUMENT (EXCLUDING HOLIDAYS) TO PROVIDE ME
IN GOOD FAITH AND AS REQUIRED BY LAW PURSUANT TO U.S. SUPREME

COURT CASE PRECENDENT GARDNER V. BRODERICK (1968), TO PAY THE FULL

AMOUNT OF  EIGHT MILLION USD IN CREDIT ($8,000,000.00 USD IN CREDIT).

YOUR NEGLECT TO REFUTE/REFUSE/REBUT/ANSWER THE AFOREMENTIONED

AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL ALONG WITH NOTICE OF

WAIVER OF TORT WILL BE DEEMED A DIRECT VIOLATION OF MY DUE

PROCESS OF LAW WHICH IS PROTECTED BY CALIFORNIA CONSTITUTION OF

1849 ATICLE I DECLARATION OF RIGHTS AND ORGANIC UNITED STATES

CONSTITUTION AND PURSUANT TO U.S.C. ARTICLE VI CLAUSE 3 AND IT WILL

BE CONSIDERED A CONTINOUS ACT OF TORT AND YOU WILL BE CONTRACTED

BY WAIVER OF TORT TO PAY IN THE AMOUNT OF $8,000,000 USD IN CREDIT

INCLUDING AN ADDITIONAL $15,000 USD IN CREDIT PER DAY PLUS

EXHIBIT F

COMPENSATORY DAMAGES STARTING BACK ON DAY OF TRESPASS (JANUARY

29TH 2021 TO DATE).

Without Recourse

By: bass, quinn W.O.P.(c)

Bass, Quinn Without Prejudice

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 06/29/2021

NOTARY:

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

**************************************************************************

> A notary public or other officer completing this certificate verifies only the
> identity of the individual who signed the document to which this certificate
> is attached and not the truthfulness, accuracy or validity of that document.

State of California

County of _____**Kern**_____

On _01/27/2024_ before me, __Lawrence Smithson, Notary Public__,
(Here insert name and title of the officer)

personally appeared __Sissy McComon__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which
the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true
and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

**LAWRENCE SMITHSON**
COMM. #2355287
NOTARY PUBLIC • CALIFORNIA
KERN COUNTY
My Comm. Exp. Apr. 22, 2025

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Certificate of Notarial_
(Title or description of attached document)

_Protest_
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☑ Individual (s)
- ☐ Corporate Officer

  _____
  (Title)

- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as
appears above in the notary section or a separate acknowledgment form must be
properly completed and attached to that document. The only exception is if a
document is to be recorded outside of California. In such instances, any alternative
acknowledgment verbiage as may be printed on such a document so long as the
verbiage does not require the notary to do something that is illegal for a notary in
California (i.e. certifying the authorized capacity of the signer). Please check the
document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document
  signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which
  must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her
  commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of
  notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e.
  he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this
  information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible.
  Impression must not cover text or lines. If seal impression smudges, re-seal if a
  sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of
  the county clerk.
  - ℀ Additional information is not required but could help to ensure this
    acknowledgment is not misused or attached to a different document.
  - ℀ Indicate title or type of attached document, number of pages and date.
  - ℀ Indicate the capacity claimed by the signer. If the claimed capacity is a
    corporate officer, indicate the title (i.e. CEO, CFO, Secretary). •
- Securely attach this document to the signed document

2015 Version CARA v12.10.07 800-873-9865

Scanned with CamScanner

EXHIBIT G

United States of America

State of CA

County of Los Angeles

01/27/2024

## CERTIFICATE OF NOTARIAL PROTEST

(Notice Of Default, Dishonor and Forfeiture)

(CA Notarial Code 8208)

(Authorized duties of a notary in USA)

**(Second Release)**

Be it known that in 06/29/2021, at the request of Mr. Quinn Bass Shinda, I, Sissy McConnon,

duly commissioned and sworn, residing in Los Angeles, in the State of California, did present the

original Demand Letter, created or written by Mr. Quinn Bass Shinda , hereto attached, for

$12,530,000.00 from each and all Superior Respondent, dated on 06/29/2021 and demanded

payment or acceptance of the payment thereof which was **refused or ignored.**


Whereupon, I, at the request of the aforesaid Mr. Quinn Bass Shinda, did protest and by these

presents do protest, as well against the drawer, creator, endorsers and acceptors of said

instruments as against all others whom it may concern, for exchange, costs, charges, damages

that already incurred or hereinafter to be incurred by the reason of non-payment thereof. I further

certify, that in 06/29/2021 notice in writing of the foregoing presentment demand, refusal and

protest was given by Mr. Quinn Bass Shinda, by shipping notices thereof in the USPS, in the

form of certified mail, with return (green) receipts and directed as follows:


1.  **San Bernardino Police Department, amount demanded: $12,530,000.00**
2.  **Officer Shipley (#51048) of the San Bernardino Police Department, amount
    demanded: $12,530,000.00**
3.  **Officer J. Robinson, (#51028) of the County of San Bernardino Police Department,
    amount demanded: $12,530,000.00**

EXHIBIT #:58

4. **Officer B. MacCaulley of the County of San Bernardino Police Department, amount demanded: $12,530,000.00**
5. **Armada Towing INC., amount demanded: $12,530,000.00**

I further certify that the notices or the type of documents were sent as follows:

1. **San Bernardino Police Department, 710 North D Street, San Bernardino, CA, 92401**
2. **Officer Shipley (#51048), San Bernardino Police Department, 710 North D Street, San Bernardino, CA, 92401**
3. **Officer J. Robinson, (51028) of the San Bernardino Police Department, 710 North D Street, San Bernardino, CA, 92401**
4. **Officer B. MacCaulley of the San Bernardino Police Department Department, 710 North D Street, San Bernardino, CA, 92401**
5. **Armada Towing INC, 2285 6th Street, San Bernardino, CA, 92410**

**Specifically, three Notices were sent to all aforesaid locations, in 06/01/2021, in 06/15/2021 and in 06/29/2021.** Furthermore, the listed Respondeats neglected/refuted/refused to answer in good faith and are now in default, dishonor and forfeiture pursuant to the Affidavit and Certificate of Non-Response and Ni Hil Di Cit, dated 06/29/2021.

Each of the named place(s) is the reputed and legally known place of residence of the person or of the company for whom the notice was sent. In testimony whereof I have hereunto set my hand and affixed my seal of my commission, in Los Angeles, on 11/23/2022.

Sissy McConnen

Notary Seal

(Seal) Notary Public Signature and name

..............................................................

Date 01/27/2024        *See Attached for Notary Certificate*

EXHIBIT G

# Affidavit in Support of Certificate of Protest

San Bernardino County          )

                                              )SS.

State of California               )

I, Quinn Bass W.O.P., hereinafter Presenter, having firsthand knowledge of the facts stated herein, being competent to make these statements, do hereby state the following facts: To wit,

1.      SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, AND ARMADA TOWING INC., RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, received an Affidavit of Truth and Notice of True Bill along with a Notice of Waiver of Tort, also known as, Administrative Remedy Process pursuant to the Administrative Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), and pursuant to U.S. v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct.  "Indeed, no more than (affidavits) are necessary to make the 'Prima Facie' case" first mailing dated on 05/28/2021, second mailing on 06/14/2021, and third and final mailing and default, dishonor, and forfeiture date 06/29/2021.

2.      An Affidavit and Certificate of Non Response and Nihil Dicit Conditional Acceptance For Value "Void Judgement" was created by California Notary Public (Third Party Witness but not a Party of Administrative Process), which was served on SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR AND ARMADA TOWING INC., RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, on 06/29/2021.

3. Response to Conditional Acceptance for Value from SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR AND ARMADA TOWING INC., RESPONDEAT SUPERIOR

EXHIBIT G

RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, through 11/23/2022 was silence putting all respondents in Default, Dishonor, and Forfeiture.

4.    A Notice of Statement of Claim Remedy/ True Billing and Fee Schedule, for all respondents listed dated on 11/23/2022 was served via USPS registered mail on 11/23/2022 by California Notary Public (Third Party Witness but not a Party of Administrative Process),

5.    A Certificate of Protest was created by California Notary Public (Third Party Witness but not a Party of Administrative Process), which was served on SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR AND ARMADA TOWING INC., RESPONDEAT SUPERIOR RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST by via USPS registered mail

On 11/23/2022.

Presenter declares the above facts to be true, correct, and complete to the best of his knowledge and belief and hereby submits the Affidavit knowing the penalty of bearing false witness before God and Man and under penalty of perjury under the law of California.

Submitted this 23rd Day of November, AD_____2022

X  _bass, quinn W. O P_____

6973B2FCE70A498

(bass, quinn W.O.P.)

JURAT/ACKNOWLEDGMENT

EXHIBIT G

| California - state | ) |
| on the land | ) |
| and beyond the sea | ) |

| San Bernardino county on the land | ) |
| and beyond the sea | ) |

his free act and deed. Subscribed and agreed to before the undersigned.

EXHIBIT H

Certified Mail Number:_____

## NOTICE AND STATEMENT OF CLAIM REMEDY,

## TRUE BILLING AND FEE SCHEDULE

**Pursuant to AFFIDAVIT AND CERTIFICATE OF NON-REPONSE AND NIHIL DICIT DATED 3/31/2021**

TO:

JOHN MCMAHON D/B/A SHERIFF OF SAN BERNARDINO COUNTY, RESPONDEAT SUPERIOR

655 E. THIRD ST. SAN BERNARDINO, CA 92415

JUDGE MICHAEL SACHS (CA BAR LICENSE# 134655),

JUDGE HAROLD T. WILSON JR. (CA BAR LICENSE# 134988), OF

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO,

RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

247 W. THIRD ST.

SAN BERNARDINO, CA 92415,

JASON ANDERSON, DISTRICT ATTORNEY FOR THE COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR

303 WEST THIRD STREET, SAN BERNARDINO, CA 92415,

SAN BERNARDINO COUNTY COUNSEL, REWPONDEAT SUPERIOR, AND ALL PARTIES OF INTEREST

385 N. ARROWHEAD AVE.

SAN BERNARDINO, CA 92415

Attn: Eric Van Ta or his successor ERIC VAN TA (CA BAR# 311600), Enrique Guerrero or his successor ENRIQUE

GUERRERO (CA BAR# 190836), Sheila Monjazeb or her successor SHEILA MONJAZEB (CA BAR# 190836), Coleen

Bazdarich or her successor COLEEN BAZDARICH (CA BAR# 297880) OR THEIR SUCCESSOR

D.B.A. PROSECUTING ATTORNEY/SAN BERNARDINO COUNTY DISTRICT ATTORNEY JASON MICHAEL ANDERSON

(CA BAR# 188633)

SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE

EXHIBIT

303 W. THIRD STREET,

SAN BERNARDINO, CALIFORNIA 92415

**RE:**

**CLERK OF COURT**

Nancy Eberhardt d/b/a NANCY EBERHARDT d/b/a

COURT EXECUTIVE OFFICER

247 WEST THIRD STREET

SAN BERNARDINO, CA 92415

Jason Anderson d/b/a JASON ANDERSON

ATTOREY-AT-LAW/COUNCEL

SUPERIOR COURT OF CALIFORNIA COUNTY OF

SAN BERNARDINO CENTRAL DIVISION

SAN BERNARDINO, CA UNITED STATES OF AMERICA

From: Quinn Bass W.O.P.

Secured Party/Creditor   bass,   quinn   W.O.P.   c/o PO   BOX
166 Highland, CALIFORNIA [92346] Non-Domestic / Non-Assumpsit

Dear ERIC VAN TA (CA BAR # 311600) OR THEIR SUCCESSOR – or current CHIEF/PRESIDING
JUDGE hereinafter respondent,

On   31 MARCH 2021                                , the undersigned Secured Party caused to be sent

to y ouRespondent(s), a CONDITIONAL ACCEPTANCE FOR VALUE PROOF OF CLAIM (CAFV) via

certificate Of NON-RESPONSE AND NIHIL DICIT, CONSENT ACCEPTANCE AND AGREEMENT

(Read Attached Affidavit and Certificate of Non-Response and Nihil Dicit dated

EXHIBIT H

03/31/2021).You failed to perform after receiving 3 presentments (AFFIDAVIT OF TRUTH AND NOTICE

OF TRUE BILL AND NOTICE OF WAIVER OF TORT) from Quinn-Shinda Basse, via California based Notary

Public and you failed to perform by providing the requested and necessary PROOFS OF CLAIM

(Discovery) after receiving the said CAFV from the undersigned per your receipt and acceptance thereof.

    As the Respondent, you are now  Default         and you are        in agreement       and have
stipulated to the terms of the undersigned's dated presentment        through your dishonor you fail        to
Cure by providing requested necessary PROOF OF CLAIM.
    You have failed to cure your fault, this Notice and the undersigned's following FINAL NOTICE OF
DEFAULT/RES JUDICATA will establish the fact in the record of your 'acceptance, agreement and general
acquiescence' to the matter established upon Respondents silence, pursuant to and relative to Article 1
Redress of Grievance Under The Ninth Amendment, Uniform Commercial Code, State Statute, Case Law
pursuant to Gardner v Broderick 392 US 273 (1968), US v Kis, 658 F.2d 526, 536-537 (7th Cir. 1981),
and otherwise.

The liability is with you and those acting in concert with you, jointly and severally with
the corporations involved with you.

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

### Billing Cost Assessed and Levied Upon Violations Will Be:

Calculated from Notice of True Bill, Waiver of Tort and Certificate Non-Response and
Nihil Dicit (Certificate of Nihil Dicit Dated 03/31/2021)

"Indeed, no more than affidavits are necessary to make the Prima Facie case" : United
State VS Kis . 658F. 2nd , 526, 536, (7th Cir. 1981) : Cert denied, 50 L.W. 2169; S. Ct.

### NOTE!

These charges are a Prima Facie Tort Billing and Commercial Billing under the Uniform Commercial
Code and the Fair Debt Collection Practices Act.  They may and shall be assessed against individuals,
persons, government bodies, and corporate entities, or any combination of same, acting venue and/or
authority in the instant actions or any future actions, without recourse to claim of immunity of any form,
and by their consent and admission deemed resulting from their perpetrating these acts, and do not

EXHIBIT H

preclude other remedies under Title 42 USC, Title 18, USC, Title 28 USC or State law, statute, rules, common law, and commercial law.

## Ignorance Of the Law Is No Excuse!

I, Nunc pro tunc, 03/09/1980 Being of hue "the Creative force of Will of Bass, Quinn©™, a COMMAND TO THE SERVANT. I am the **principle**; you are the agent! Fail not your oath, lest you be called and answer before the **Creator, The Most Heavenly One!** and the Real supreme Court in law not at law, the Original and exclusive, peculiar jurisdiction and venue, the International law, the Court of record first and last resort and commercial law/venue.

This matter not intended to hinder, delay or obstruct, but to protect and guarantee Rights and protections and assure that at no time My unalienable rights ever waived or taken from me against My will by threats, duress, coercion, fear for my life, fraud, or without My express written consent.

**Be advised once again, IGNORANCE OF THE LAW IS NO EXCUSE!**


JOHN MCMAHON D/B/A SHERIIFF OF THE SAN BERNARDINO COUNTY SHERIFFS

DEPARTMENT, RESPONDEAT SUPERIOR, 655 E THIRD ST, SAN BERNARDINO, CA 92415,

 in his Public and Private Capacity violation fees are as follows:

$250,000 USD IN CREDIT, AND

$10,000 USD IN CREDIT PER DAY FOR 733 DAYS (03/29/2019 TO 03/31/2021)

$7,330,000.00 USD


-    Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

and Authority:                                    $7,500,000.00 USD



**In Sum Certain Amount**                **Amount: $15,160,000.00 (USD) IN CREDIT,**

EXHIBIT  H

JUDGE MICHAEL SACHS (CA BAR LICENSE# 134655), OF SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR 247 W. THIRD ST. SAN

BERNARDINO, CA 92415, IN HIS PUBLIC AND PRIVATE CAPACITY

VIOLATION FEES AS FOLLOWS:

$250,000 USD IN CREDIT, AND

$10,000 USD IN CREDIT PER DAY FOR 733 DAYS (03/29/2019 TO 03/31/2021)

- Denial of Assistance of Counsel with clean Hands, Retain Right, Reckless
  endangerment, Failure to Identify and Present Credentials and
  Authority:                                        $7,500,000.00 USD

In Sum Certain Amount              Amount: $ 15,160,000.00 (USD) IN CREDIT,

JUDGE HAROLD T. WILSON JR. (CA BAR LICENSE# 134988), OF SUPERIOR COURT OF

CALIFORNIA, COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR 247 W. THIRD ST. SAN

BERNARDINO, CA 92415, IN HIS PUBLIC AND PRIVATE CAPACITY

VIOLATION FEES AS FOLLOWS:

$10,000 USD IN CREDIT PER DAY FOR 733 DAYS (03/29/2019 TO 03/31/2021)

$7,330,000.00 USD AND                          $250,000.00 USD

- Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

EXHIBIT H

and Authority:                                    $7,500,000.00 USD

In Sum Certain Amount             Amount: $ 15,160,000.00 (USD) IN CREDIT,

JASON MICHAEL ANDERSON (CA BAR# 188633) OF SAN BERNARDINO COUNTY DISTRICT

ATTORNEY'S OFFICE, RESPNDEAT SUPERIOR 303 W. THIRD STREET,

SAN BERNARDINO, CALIFORNIA 92415, IN HIS PUBLIC AND PRIVATE CAPACITY

VIOLATION FEES AS FOLLOWS:

$10,000 USD IN CREDIT PER DAY FOR 733 DAYS (03/29/2019 TO 03/31/2021)

$250,000 USD IN CREDIT, AND

                                                  $7,330,000.00 USD

Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

and Authority:                                    $7,500,000.00 USD

In Sum Certain Amount                 Amount:   $15,160,000.00 (USD),

SAN BERNARDINO COUNTY COUNSEL RESPONDEAT SUPERIOR 385 NORTH ARROWHEAD AVE,

SAN BERNARDINO, CA 92415 VIOLATION FEES AS FOLLOWS:

$10,000 USD IN CREDIT PER DAY FOR 733 DAYS (03/29/2019 TO 03/31/2021)

$7,330,000.00 USD

AND $250,000 USD IN CREDIT

In Sum Certain Amount                 Amount:   $15,160,000.00 (USD),

*EXHIBIT H*

☒ By: bass, quinn W.O.P. © ™

Bass, Quinn W.O,P

Secured Party Creditor

Authorized Representative For And in Behalf Of

QUINN SHINDA BASS

Without Prejudice

**SEE ATTACHED NOTARIAL CERTIFICATE**

DATE: *11 JUNE 2022*

## W I T N E S S E S

We the undersigned Witnesses hereby STAND and Attest that Quinn-Shinda Bass, signed this document on this ____11th____ day of ____JUNE____, 2022__, of his Own Free Will, as witnessed by Our Signatures below:

First Witness Signature ☒ _____

Address:_ _____

*Anthony Mitchell*

Second Witness Signature _____

Address:_ _____

*John Tate*

EXHIBIT H

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of San Bernadino

Subscribed and sworn to (or affirmed) before me on this 11
day of June, 20 22, by Quinn Shinda Bass

_____,
proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

R. COOK
Notary Public - California
San Bernardino County
Commission # 2353697
My Comm. Expires Apr 4, 2025

(Seal)                    Signature _____

EXH 1



## State of California
## County of San Bernardino

### NOTARY PUBLIC SIGNATURE VERIFICATION

I, Bob Dutton, County Clerk of the County of San Bernardino, State of California, do hereby certify that

## *DAN VIRGILIO*

whose name, signature and Notary Public seal appearing on the attached affidavit, proof or acknowledgment, was on May 13, 2022 an active Notary Public in and for the County of San Bernardino, State of California.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Assessor-Recorder-Clerk of the County of San Bernardino, State of California.

This 16th Day of May, 2022.

BOB DUTTON, San Bernardino County Assessor-Recorder-Clerk

BY: _____

Cindy Turcios, Deputy County Clerk

Rev. 05/16/2019

EXHIBIT I

Certified Mail Number:_____

# Notice of Fault and Opportunity to Cure and Contest Acceptance

TO:

DEPUTY REVELES (BADGE# C9640), LT. KELLY CRAIG (BADGE# B5842) OF THE

SAN BERNARDINO COUNTY SHERIFFS DEPARTMENT. RESPONDEAT SUPERIOR,

655 E THIRD ST, SAN BERNARDINO, CA 92415,

OFFICER SHIPLEY (BADGE# 51048), OFFICER J. ROBINSON (BADGE#51028), OFFICER. B. MCCAULLEY OF

THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

 710 N. D STREET   SAN BERNARDINO, CA 92401,

HAYES TOWING LLC, RESPONDEAT SUPERIOR

5486 INDUSTRIAL PKWY, SAN BERNARDINO, CA 92407,

ARMADA TOWING LLC, RESPONDEAT SUPERIOR

2285 6TH STREET SAN BERNARDINO, CA,

JUDGE MICHAEL SACHS (CA BAR LICENSE# 134655),

JUDGE WILLAM JEFFERSON POWELL IV (CA BAR LICENSE# 176357),

JUDGE HAROLD T. WILSON JR. (CA BAR LICENSE# 134988),

JUDGE RONALD MICHAEL CHRISTIANSON (CA BAR LICENSE# 93625), OF

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO,

RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

247 W. THIRD ST. SAN BERNARDINO, CA 92415,

Attn: Eric Van Ta or his successor ERIC VAN TA (CA BAR# 311600), Enrique Guerrero or his successor ENRIQUE

GUERRERO (CA BAR# 190836), Sheila Monjazeb or her successor SHEILA MONJAZEB (CA BAR# 190836), Coleen

1 OF 3

*EXHIBIT I*

From: Quinn Bass W.O.P.

Secured Party/Creditor    bass,    quinn    W.O.P.©        c/o PO    BOX
166 Highland, CALIFORNIA [92346] Non-Domestic / Non-Assumpsit

Dear ERIC VAN TA (CA BAR # 311600) OR THEIR SUCCESSOR – or current CHIEF/PRESIDING
JUDGE hereinafter respondent,

On    *13 MAY 2022*    the undersigned Secured Party caused to be sent to

you,

Respondent, a CONDITIONAL ACCEPTANCE FOR VALUE PROOF OF CLAIM (CAFV) via certified mail Number

_____

You failed to perform after receiving these presentments from Quinn-Shinda Bass©, and you failed to

perform by providing the requested and necessary PROOFS OF CLAIM (Discovery) after receiving
the said CAFV from

the undersigned per your receipt and acceptance thereof.

As the Respondent, you are now at fault        and you are        in agreement        and have
stipulated to the terms of the undersigned's dated presentment        through your dishonor should you fail    to
Cure by providing requested necessary PROOF OF CLAIM. You have the right to cure this fault and perform
according to said terms within three (3) days from the postmark of this Notice.
        Should you fail to cure your fault, this Notice and the undersigned's following FINAL NOTICE OF
DEFAULT/RES JUDICATA will establish the fact in the record of your 'acceptance, agreement and general
acquiescence' to the matter established upon Respondents silence, pursuant to and relative to Article 1 Redress
of Grievance Under The Ninth Amendment, Uniform Commercial Code, State Statute, Case Law and otherwise.

( READ ATTACHED DOCUMENTS A THRU G )

Thank you for your prompt attention to this matter.

Sincerely,

x _By: bass, quinn W.O.P._

Bass, Quinn W.O.P©

2 of 3

EXHIBIT I

Secured Party Creditor

Authorized Representative For And in Behalf Of

QUINN SHINDA BASS©

Without Prejudice


DATE:


# WITNESSES

We the undersigned Witnesses hereby STAND and Attest that Quinn-Shinda Bass©, signed this document on this ___13___ day of __May_____, 2022__, of his Own Free Will, as witnessed by Our Signatures below:


First Witness Signature
Address:_____



Second Witness Signature

Address:_____



JURAT



3 OF 3

EXHIBIT I

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ SAN BERNARDINO _____ )

On __05/13/2022__ before me, __DAN VIRGILIO - NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __ANTHONY STEPEN MITCHELL__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

DAN VIRGILIO
COMM. # 2323242
NOTARY PUBLIC · CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXP. MAR. 8, 2024

Signature _____ (Seal)

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ SAN BERNARDINO _____ )

On ___05/13/2022___ before me, ___DAN VIRGILIO - NOTARY PUBLIC___
                                                  (insert name and title of the officer)

personally appeared ___NORMA ALEJANDRINA ADAMS___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DAN VIRGILIO
COMM. # 2323242
NOTARY PUBLIC - CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXP. MAR. 8, 2024

Signature _____          (Seal)

EXHIBIT I

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ SAN BERNARDINO _____ )

On ___ 05/13/2022 _____ before me, ___ DAN VIRGILIO - NOTARY PUBLIC _____
                                                          (insert name and title of the officer)

personally appeared ___ QUINN SHINDA BASS _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

DAN VIRGILIO
COMM. # 2323242
NOTARY PUBLIC · CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXP. MAR. 8, 2024

Signature _____   (Seal)

EXHIBIT I

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN BERNARDINO

Subscribed and sworn to (or affirmed) before me on this 13 day of MAY, 2022, by QUINN SHINDO BASS,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DAN VIRGILIO
COMM. # 2323242
NOTARY PUBLIC - CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXP. MAR. 8, 2024

(Seal)                    Signature _____

EXHIBIT

Certified Mail Number:_____

# NOTICE AND STATEMENT OF CLAIM REMEDY,

## TRUE BILLING AND FEE SCHEDULE

Pursuant to **AFFIDAVIT AND CERTIFICATE OF NON-REPONSE AND NIHIL DICIT**

DATED    06/29/2021

TO: OFFICER C. SHIPLEY (BADGE# 51048), OFFICER J. ROBINSON (BADGE# 51028), AND OFFICER B. MCCAULLEY

OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

710 N. D. STREET SAN BERNARDINO, CA AND ALL PARTIES OF INTERESTS (PUBLIC AND PRIVATE CAPACITY),

ARMADA TOWING LLC, REPONDEAT SUPERIOR

2285 6TH STREET, SAN BERNARDINO, CA 92410

Attn: Eric Van Ta or his successor ERIC VAN TA (CA BAR# 311600), Enrique Guerrero or his successor ENRIQUE

GUERRERO (CA BAR# 190836), Sheila Monjazeb or her successor SHEILA MONJAZEB (CA BAR# 190836), Coleen

Bazdarich or her successor COLEEN BAZDARICH (CA BAR# 297880) OR THEIR SUCCESSOR

D.B.A. PROSECUTING ATTORNEY/SAN BERNARDINO COUNTY DISTRICT ATTORNEY JASON MICHAEL ANDERSON

(CA BAR# 188633)

SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE

303 W. THIRD STREET,

SAN BERNARDINO, CALIFORNIA 92415

RE:

CLERK OF COURT

EXHIBIT #:79)

**Nancy Eberhardt d/b/a NANCY EBERHARDT d/b/a**

**COURT EXECUTIVE OFFICER**

**247 WEST THIRD STREET**

**SAN BERNARDINO, CA 92415**

**Jason Anderson d/b/a JASON ANDERSON**

**ATTOREY-AT-LAW/COUNCEL**

**SUPERIOR COURT OF CALIFORNIA COUNTY OF**

**SAN BERNARDINO CENTRAL DIVISION**

**SAN BERNARDINO, CA UNITED STATES OF AMERICA**

From: Quinn Bass W.O.P.

Secured Party/Creditor    bass,    quinn    W.O.P.    c/o PO    BOX
166 Highland, CALIFORNIA [92346] Non-Domestic / Non-Assumpsit

Dear ERIC VAN TA (CA BAR # 311600) OR THEIR SUCCESSOR – or current CHIEF/PRESIDING
JUDGE hereinafter respondent,

On    29 JUNE 2021    , the undersigned Secured Party caused to be sent
to y ouRespondent(s), a CONDITIONAL ACCEPTANCE FOR VALUE PROOF OF CLAIM (CAFV) via
certificate Of NON-RESPONSE AND NIHIL DICIT, CONSENT ACCEPTANCE AND AGREEMENT
(Read Attached Affidavit and Certificate of Non-Response and Nihil Dicit dated
06/29/2021). You have failed to perform after receiving 3 presentments (AFFIDAVIT OF TRUTH AND
NOTICE OF TRUE BILL AND NOTICE OF WAIVER OF TORT) from Quinn-Shinda Bass, via California based
Notary Public and you failed to perform by providing the requested and necessary PROOFS OF CLAIM
(Discovery) after receiving the said CAFV from the undersigned per your receipt and acceptance thereof.

EXHIBIT 80 )

As the Respondent, you are now in        Default        and you are        in agreement        and have stipulated to the terms of the undersigned's dated presentment        through your dishonor you fail        to Cure by providing requested necessary PROOF OF CLAIM.

You have failed to cure your fault, this Notice and the undersigned's following FINAL NOTICE OF DEFAULT/RES JUDICATA will establish the fact in the record of your 'acceptance, agreement and general acquiescence' to the matter established upon Respondents silence, pursuant to and relative to Article 1 Redress of Grievance Under The Ninth Amendment, Uniform Commercial Code, State Statute, Case Law pursuant to Gardner v Broderick 392 US 273 (1968), US v Kis, 658 F.2d 526, 536-537 (7th Cir. 1981), and otherwise.

The liability is with you and those acting in concert with you, jointly and severally with the corporations involved with you.


NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL


### Billing Cost Assessed and Levied Upon Violations Will Be:

Calculated from Notice of True Bill, Waiver of Tort and Certificate Non-Response and Nihil Dicit (Certificate of Nihil Dicit Dated 03/31/2021)

"Indeed, no more than affidavits are necessary to make the Prima Facie case" : United State VS Kis . 658F. 2nd , 526, 536, (7th Cir. 1981) : Cert denied, 50 L.W. 2169; S. Ct.

### NOTE!


These charges are a Prima Facie Tort Billing and Commercial Billing under the Uniform Commercial Code and the Fair Debt Collection Practices Act. They may and shall be assessed against individuals, persons, government bodies, and corporate entities, or any combination of same, acting venue and/or authority in the instant actions or any future actions, without recourse to claim of immunity of any form, and by their consent and admission deemed resulting from their perpetrating these acts, and do not preclude other remedies under Title 42 USC, Title 18, USC, Title 28 USC or State law, statute, rules, common law, and commercial law.

### Ignorance Of the Law Is No Excuse!

**I, Nunc pro tunc, 03/09/1980 Being of hue "the Creative force of Will of Bass, Quinn©TM, a** COMMAND TO THE SERVANT. I am the **principle;** you are the agent! Fail not your oath, lest you be called and answer before the **Creator, The Most Heavenly One!** and the Real supreme Court in law not at law, the Original and exclusive, peculiar

EXHIBIT )

jurisdiction and venue, the International law, the Court of record first and last resort and commercial law/venue.

This matter not intended to hinder, delay or obstruct, but to protect and guarantee Rights and protections and assure that at no time My unalienable rights ever waived or taken from me against My will by threats, duress, coercion, fear for my life, fraud, or without My express written consent.

**Be advised once again, IGNORANCE OF THE LAW IS NO EXCUSE!**


OFFICER C. SHIPLEY (BADGE# 51048) OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR, 710 N. D ST, SAN BERNARDINO, CA 92401,

 in his Public and Private Capacity violation fees are as follows:

$8,000,000.00 USD

$15,000 USD IN CREDIT PER DAY FOR 151 DAYS (01/29/2021 TO 06/29/2021)

$2,265,000.00 USD

1)   Trespass to tried Title:                              $1,000,000.00 USD


2)   Terrorist  Acts:                                      $1,000,000.00 USD


Unlawful Arrest/Kidnapping and Illegal Arrest Without a Claim:
$1,000,000.00 USD


Unlawful or Illegal Search and Seizure Without a Claim:

$1,000,000.00 USD


Assault or Assault and Battery - Without a Weapon:

$7,500,000.00 USD

EXHIBIT )

- Denial or Abuse of Due Process:

  $1,000,000.00 USD

- Unlawful Distraint/Interstate Detainer False Imprisonment:
  $1,000,000.00 USD

- Excessive Bail, Cruel and Unusual Punishment, Violation of

Right to Trial by Jury of My Peers, Freedom of Speech,

Conspiracy, Encroachment, Abuse of Authority:

  $7,500,000.00 USD

- Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

  and authority:  $7,500,000.00 USD

- Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

and Authority:                          $7,500,000.00 USD

In Sum Certain Amount          Amount: $38,765,000.00 (USD)

EXHIBIT J

OFFICER J. ROBINSON (BADGE# 51028) OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR, 710 N. D ST, SAN BERNARDINO, CA 92401,

in his Public and Private Capacity violation fees are as follows:

$8,000,000.00 USD

$15,000 USD IN CREDIT PER DAY FOR 151 DAYS (01/29/2021 TO 06/29/2021)

$2,265,000.00 USD

1) Trespass to tried Title:                              $1,000,000.00 USD

2) Terrorist  Acts:                                      $1,000,000.00 USD

Unlawful Arrest/Kidnapping and Illegal Arrest Without a Claim:
$1,000,000.00 USD

Unlawful or Illegal Search and Seizure Without a Claim:

$1,000,000.00 USD

Assault or Assault and Battery - Without a Weapon:
$7,500,000.00 USD

- Denial or Abuse of Due Process:
$1,000,000.00 USD

- Unlawful Distraint/Interstate Detainer False Imprisonment:
$1,000,000.00 USD

EXHIBIT )

- Excessive Bail, Cruel and Unusual Punishment, Violation of

Right to Trial by Jury of My Peers, Freedom of Speech,

Conspiracy, Encroachment, Abuse of Authority:

$7,500,000.00 USD

- Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

and authority:  $7,500,000.00 USD

- Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

and Authority:                            $7,500,000.00 USD

In Sum Certain Amount          Amount: $38,765,000.00 (USD)

OFFICER MCCAULEY OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT
SUPERIOR, 710 E. D ST, SAN BERNARDINO, CA 92401, violation fees are as follows:

$15,000 USD IN CREDIT PER DAY FOR 151 DAYS (01/29/2021 TO 06/29/2021)

$2,265,000.00 USD

1) Trespass to tried Title:                          $1,000,000.00 USD

EXHIBIT )

2)   Terrorist  Acts:                                        $1,000,000.00 USD

Unlawful Arrest/Kidnapping and Illegal Arrest Without a Claim:
                                                            $1,000,000.00 USD

Unlawful or Illegal Search and Seizure Without a Claim:

                                                            $1,000,000.00 USD

Assault or Assault and Battery - Without a Weapon:
                                                            $7,500,000.00 USD

- Denial or Abuse of Due Process:

                                                            $1,000,000.00 USD

- Unlawful Distraint/Interstate Detainer False Imprisonment:
                                                            $1,000,000.00 USD

- Excessive Bail, Cruel and Unusual Punishment, Violation of

Right to Trial by Jury of My Peers, Freedom of Speech,

Conspiracy, Encroachment, Abuse of Authority:
                                                            $7,500,000.00 USD

- Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

   and authority:  $7,500,000.00 USD

EXHIBIT J

- Denial of Assistance of Counsel with clean Hands, Retain Right,

Reckless endangerment, Failure to Identify and Present Credentials

and Authority:                                    $7,500,000.00 USD

In Sum Certain Amount          Amount: $38,765,000.00 (USD)

_____

_____

AMRMADA TOWING LLC, REPONDEAT SUPERIOR

2285, SAN B 6TH ST. SAN BERNARDINO, CA 92410

Public and Private Capacity violation fees are as follows:

                                                  $8,000,000.00 USD

$15,000 USD IN CREDIT PER DAY FOR 151 DAYS (01/29/2021 TO 06/29/2021)

                                                  $2,265,000.00 USD

TRESPASS TO TRIED TITLE:                          $1,000,000.00 USD

Unlawful or Illegal Search and Seizure Without a Claim:

                                                  $1,000,000.00 USD

In Sum Certain Amount          Amount:   $12,265,000.00 (USD)

_____

SAN BENARDINO POLICE DEPARTMENT., REPSONDEAT SUPERIOR    - $38,765,000.00 USD

TOTAL AMOUNT DUE IN PUBLIC CAPACITY:             - $38, 765,000.00 USD

TOTAL AMOUNT DUE IN INDIVUDUAL PRIVATE CAPACITY:

OFFICER C. SHIPLEY (BADGE NUMBER#51048)              - $38,765,000.00 USD

*EXHIBIT J*

**OFFICER J. ROBINSON (BADGE# 51028)**                    **-$38,765,000.00 USD**

**ARMADA TOWING LLC**                                      **-$12,265,000.00 USD**

Thank you for your prompt attention to this matter.

Sincerely,

☒ By: bass, quinn W.O.P. Ⓒ TM

Bass, Quinn W.O,P©

Secured Party Creditor

Authorized Representative For And in Behalf Of

QUINN SHINDA BASS©

Without Prejudice

**SEE ATTACHED NOTARIAL CERTIFICATE**

DATE: 11 JUNE 2022

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that Quinn-Shinda Bass©, signed this document on this _____11ᵗʰ_____ day of _____JUNE_____, 2022__, of his Own Free Will, as witnessed by Our Signatures below:

First Witness Signature ☒ _____
Address:_ _____
                    Anthony Mitchell

Second Witness Signature ☒ _____
Address:_ _____
                    John Tate

JURAT

EXHIBIT J

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Bernadino

Subscribed and sworn to (or affirmed) before me on this 11 day of June , 20 22 , by Quinn Shinda Bass

_____ ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

R. COOK
Notary Public - California
San Bernardino County
Commission # 2353697
My Comm. Expires Apr 4, 2025

(Seal)          Signature R. Cook

THIRD NOTICE



EXHIBIT R

**...FORNIA CONSTITUTION ARTICLE I.    DECLARATION OF RIGHTS.**
**...ON SEC. 12. The military shall be subordinate to the civil power.** Notice of Special
...tricted Appearance : Quinn S. Bass Beneficial Owner of QUINN S. BASS

| | |
|---|---|
| Quinn Bass                          ) | Case Number  0001 |
|                                     ) | |
|                                     ) | |
|                                     ) | |
| vs                                  ) | |
|                                     ) | NOTICE OF MOTION AND |
|                                     ) | MOTION TO INTERVENE |
| PUBLIC OFFICER                      ) | WITH AN INJUNCTION |
| Dba. GAVIN NEWSOM dba               ) | |
| CALIFORNIA STATE GOVERNOR           ) | |

**NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE
TO  ALL  CALIFORNIA STATE STATUTES WHERE No bill of attainder, ex post facto
law, law impairing the obligation of contracts shall ever be enacted; AND MOTION TO
INTERVENE WITH AN INJUNCTION FOR NAME QUINN SHINDA BASS. TAKE
NOTICE THAT pursuant to**

1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 16. No
bill of attainder, ex post facto law, law impairing the obligation of contracts, shall ever be
passed.

1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 1.
All men are by nature free and independent, and have certain inalienable
rights, among which are those of enjoying and defending life and liberty; acquiring,
possessing, and protecting property; and pursuing and obtaining safety and
happiness.

1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION
SECTION 2. All political power is inherent in the people. Government is instituted for
the protection, security, and benefit of the people, and they have the right to alter or
reform the same whenever the public good may require it.

**AND TAKE FURTHER NOTICE THAT**  I, Quinn Bass,  Owner of 14th amendment person
QUINN SHINDA BASS  did not consent for me or my private property to being a 14th amendment
citizen of the U.S. OR state of CALIFORNIA OR any other State in writing or any other consent,

1 OF 5

 

EXHIBIT K

### 1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS.
### SECTION SEC. 12. The military shall be subordinate to the civil power. Notice of Special Restricted Appearance : Quinn S. Bass Beneficial Owner of QUINN S. BASS

especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such a contract.

**AND TAKE FURTHER NOTICE THAT** I "Quinn Bass" Reserve my right to sue you and all your agency and contractors for using my name or my property QUINN SHINDA BASS. ens legis.

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional question are as follows:

1. *Unalienable rights* were violated; *protected by 1849 California* Constitution and BILL OF RIGHTS, right to due process has been violated; in the past.

2. *Unalienable rights* were violated; *protected by* 1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 19. The right of the people to be secure in their persons, houses, papers and effects, against unreasonable seizures and searches, shall not be violated; and no warrant shall issue, but on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons and things to be seized.

3. *Unalienable rights* were violated; *protected by* 1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 6. Excessive bail shall not be required, nor excessive fines imposed, nor shall cruel or unusual punishments be inflicted, nor shall witnesses be unreasonably detained.

4. *Unalienable rights* were violated: protected by 1849 Constitution of California ARTICLE I SECTION 7. All persons shall be bailable, by sufficient sureties: unless for capital offenses, when the proof is evident or the presumption is great.

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to put the name **QUINN SHINDA BASS** on **THE DO NOT STOP, DO NOT DETAIN LIST FOR CALIFORNIA and all the OTHER STATES. TAKE FUTHER NOTICE: MY PRIVATE AUTOMOBILE (VEHICLE IDENTIFICATION NUMBER 5UXFA53513LV75897) WILL HAVE A U.S.**





***1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS.***
***SECTION SEC. 12. The military shall be subordinate to the civil power.*** Notice of Special Restricted Appearance : Quinn S. Bass Beneficial Owner of QUINN S. BASS **DOT NUMBER (3387057) PROPERLY DISPLAYED FOR NON COMMERICAL USE. NOTIFY ALL AGENTS RESPONDEAT SUPERIOR (INCLUDING ALL LAW ENFORCMENT NATIONALLY).**

I reserve all my rights protected by above said California Constitution and don't waive any part of my rights, abide by your oaths to it.  I also have a $100 Billion dollar USD Lien in credit on the names that are my property. There will be a charge of $10,000 USD in credit per day starting back from the day of Trespass and you, your agencies and/or contractors(in your public and private capacity), which this is your contract where you agree to pay Quinn of the Bass Family(Quinn Bass) in the Name QUINN SHINDA BASS FOR THE TRESPASS of my *unalienable rights, protected by 1849 California* Constitution.

**TAKE FURTHER NOTICE THAT** THIS IS A CONTRACT, your neglect/failure/refute/refusal to answer and rebut this affidavit in good faith is acquiescence/nihil dicit; furthermore, you have 3 business days (excluding holidays) from the date of receipt to answer in good faith, then this contract is law.          (Res Judicata)

January 28th, 2020          By: _~~bass quinn~~ (W.O.P.__.

UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107 WITHOUT PREJUDICE

State of California )

                              )ss.

County of San Bernardino)

I have hereunto set my hand and seal of office On this, _____ Day of _____, 2020 Notary Public

_____.

3 OF 5



EXHIBIT K

_**1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS.**_
_**SECTION SEC. 12. The military shall be subordinate to the civil power.**_ Notice of Special
Restricted Appearance : Quinn S. Bass Beneficial Owner of QUINN S. BASS

Seal:

Quinn Bass, Owner
of  QUINN SHINDA BASS
c/o P.O. Box 483 [San Bernardino] California state Republic Near; [92402]

### CERTIFICATE OF SERVICE

I, Quinn Bass., living Man for QUINN SHINDA BASS, is to certify that I have this day served the
CALIFORNIA STATE PUBLIC OFFICERS, SOLICITORS AND SUCCESSORS with this **Notice of**
**estoppel and stipulation of Constitutional Challenge to ALL CALIFORNIA STATE**
**STATUTES** etc: by MAIL DELIVERY U.S.P.S Certified  Delivery thereon to ensure
delivery: Dated this  27st  day of  January , 2020

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207 Without Prejudice

4 OF 5



EXHIBIT K

**_1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS._**

**_SECTION SEC. 12. The military shall be subordinate to the civil power._** Notice of Special

Restricted Appearance : Quinn S. Bass Beneficial Owner of QUINN S. BASS

Quinn Bass Owner,
Of QUINN SHINDA BASS
c/o P.O. Box 166
[San Bernardino] California state Republic
Near; [~~92802~~]
           92346

5 OF 5

EXHIBIT K

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ San Bernardino _____ )

On ___ 28 January, 2020 ___ before me, ___ Ingrid Helene Cortez, Notary Public ___

(insert name and title of the officer)

personally appeared ___ Quinn Bass ___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____                    **(Seal)**

Attached to Notice of Estoppel

INGRID HELENE CORTEZ
COMM. #2309846
Notary Public · California
San Bernardino County
My Comm. Expires Oct. 21, 2023

EXHIBIT K

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of San Bernardino

Subscribed and sworn to (or affirmed) before me on this 28
day of January , 20 20 , by Quinn Bass

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

INGRID HELENE CORTEZ
COMM. #2309846
Notary Public - California
San Bernardino County
My Comm. Expires Oct. 21, 2023

(Seal)                              Signature

Attached to Notice of Estoppel

EXHIBIT
K

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94102

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)  $
- [ ] Return Receipt (electronic)  $0.00
- [ ] Certified Mail Restricted Delivery  $0.00
- [ ] Adult Signature Required  $0.00
- [ ] Adult Signature Restricted Delivery  $

Postage  $1.60

Total Postage and Fees  $9.00

Sent To OFFICE OF THE ATTORNEY GENERAL (CA)
Street and Apt. No., or PO Box No. 455 GOLDEN GATE AVE # 11000
City, State, ZIP+4® SAN FRANCISCO, CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7018 3090 0000 0606 6742

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SACRAMENTO, CA 95814

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)  $
- [ ] Return Receipt (electronic)  $0.00
- [ ] Certified Mail Restricted Delivery  $0.00
- [ ] Adult Signature Required  $0.00
- [ ] Adult Signature Restricted Delivery  $

Postage  $1.60

Total Postage and Fees  $9.00

Sent To STATE OF CA. GOVERNOR'S OFFICE
Street and Apt. No., or PO Box No. 1303 10TH ST. STE. 1173
City, State, ZIP+4® SACRAMENTO, CA 95814

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7018 3090 0000 0606 6759

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SACRAMENTO, CA 95811

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)  $
- [ ] Return Receipt (electronic)  $0.00
- [ ] Certified Mail Restricted Delivery  $0.00
- [ ] Adult Signature Required  $0.00
- [ ] Adult Signature Restricted Delivery  $

Postage  $1.60

Total Postage and Fees  $9.00

Sent To NEW MOTOR VEHICLE BOARD
Street and Apt. No., or PO Box No. 1507 21ST ST # 330
City, State, ZIP+4® SACRAMENTO, CA 95811

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7018 3090 0000 0606 6735

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SACRAMENTO, CA 95816

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)  $
- [ ] Return Receipt (electronic)  $0.00
- [ ] Certified Mail Restricted Delivery  $0.00
- [ ] Adult Signature Required  $0.00
- [ ] Adult Signature Restricted Delivery  $

Postage  $1.60

Total Postage and Fees  $9.00

Sent To CA. STATE CONTROLLERS OFFICE
Street and Apt. No., or PO Box No. 3301 C ST.
City, State, ZIP+4® SACRAMENTO, CA 95816

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7018 3090 0000 0606 6766

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN BERNARDINO, CA 92415

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)  $
- [ ] Return Receipt (electronic)  $0.00
- [ ] Certified Mail Restricted Delivery  $0.00
- [ ] Adult Signature Required  $
- [ ] Adult Signature Restricted Delivery  $

Postage  $1.60

Total Postage and Fees  $9.00

Sent To SAN BERNARDINO COUNTY SHERIFF'S DEPT
Street and Apt. No., or PO Box No. 655 E. THIRD ST.
City, State, ZIP+4® SAN BERNARDINO, CA 92415

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94102

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)  $
- [ ] Return Receipt (electronic)  $0.00
- [ ] Certified Mail Restricted Delivery  $0.00
- [ ] Adult Signature Required  $
- [ ] Adult Signature Restricted Delivery  $

Postage  $1.60

Total Postage and Fees  $9.00

Sent To CHIEF JUSTICE OF CA. SUPREME COURT
Street and Apt. No., or PO Box No. 350 MCALLISTER ST.
City, State, ZIP+4® SAN FRANCISCO, CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions



DocuSign Envelope ID: 6C5F585E-E9C8-45B5-B435-B6DF4D59E18F

EXHIBIT L

People vs. Bass, Quinn, et. al.

Court Case #FSB21000434

Date: 08/25/2023

Written Transcript of Record by bass, quinn d/b/a QUINN SHINDA BASS

Judge Tavill:  On the record for Mr. Bass, he is present with Miss Abraham and the jury is still in the hallway. Mr. Bass, you wanted to say something?

Quinn Bass: Yes sir

Judge Tavill: Go ahead.

Quinn Bass:  For the record, I ask the Court and everyone in attendance to please do not behave belligerent towards me.

On the record, for the record, and let the record reflect that I bass, quinn shinda d/b/a QUINN SHINDA BASS, The living breathing man, living soul, of a private people Americas Aboriginal Ohioan "But not a citizen of the United States for the District of Columbia and its insular possessions or enclaves (Federal) nor a citizen for the United States of America in Congress Assembled and its several States of the Union (Confederacy); furthermore, I am a Noble Emperor, Master Merchant, a Master Mason, a Pilot, a Mariner, High Priest, a God and Commander, bonafide Owner Maritime lienholder of all Vessels, Chattels, Goods, Cargo, Charters, Estates, Commodities, Ports, Ports of Lading, Bills of Lading, Forts, Accounts, Credits, Convoys, Booties, Bonds, Stocks, etc; furthermore, Navigating the Waters of the High Seas Onshore and Offshore and I am a subject of the al Moroc Shereefian Empire, in the original equal justice being rendered in Admiralty and Maritime jurisdiction by nature of Law of Nations. While standing onshore I hereby declare that I was born in the Sovereign Republic of Ohio located in Al Moroc and I am a subject of the Al Moroc Shereefian Empire; furthermore, I am in propria personam sui juris.

Take further notice that as the beneficiary pursuant to the Master Bill of Lading,  I draw into question the validity and construction of Vehicle Code Section PC12022.1(B)-E, PC69-F, PC12022.7(A)-E, PC243(C)(2)-F?

I would also like to draw into question did Congress grant this Court the authority to issue letters of Marque Reprisal?

Judge Tavill: Alright, Thank You.

Quinn Bass: I would like to draw into question the validity and construction of Vehicle Code Section PC12022.1(B)-E, PC69-F, PC12022.7(A)-E, PC243(C)(2)-F, For the Record?

Judge Tavill:  Are you expecting something from the Court?

Quinn Bass: : I would like to draw into question the validity and construction of Vehicle Code Section PC12022.1(B)-E, PC69-F, PC12022.7(A)-E, PC243(C)(2)-F?

I draw into question did Congress grant you the authority to issue letters of Marque Reprisal?

NOTICE OF APPEAL

Scanned with CamScanner

ign Envelope ID: 6C5F585E-E9C8-4585-B4J5-B6DF4D59E18F

EXHIBIT     L

For the record, on the record, and let the record reflect that I am a subject of the Al Moroc Shereefian Empire in the original equal justice being rendered in Admiralty and Maritime jurisdiction by nature of Law of Nations. Also, I raise into question the validity and construction of any and all State and Federal Statutes in whether they are repugnant to the Constitution, Treaties, Laws of the United States affecting against the private rights, title of an Ipso Jure Moor Subject and Private People called Moor who is Subject of the Al Maroc Shereefian Empire, The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect, I hereby draw into question the validity of the 39th, 40th, and 41st congress and its construction of the United States for the district of Columbia its laws known as the Organic Act of 1802-1871, D.C Code of the United States......

Judge Tavill: I think I'm going to stop this now because it's just rambling nonsense. So, we're going to stop. Bass, if you want to file something you can surely file whatever you want with the Court but, reading it into the record from pages and pages of paper that makes no sense to the Court, we're going to stop that now, Okay? If you want to file something, feel free to do that.

Quinn Bass: I'm still drawing into question the validity and construction of Vehicle Code Section PC12022.1(B)-E, PC69-F, PC12022.7(A)-E, PC243(C)(2)-F?

Judge Tavill: Okay, respectfully you haven't drawn into question the validity of whatever statute you were referring to.

Quinn Bass: At any time, you can challenge jurisdiction.

Judge Tavill: Please don't interrupt me, please don't interrupt me. The Statutes that you are charged with are valid, this Court is valid, it's a State Court, the Court has jurisdiction.

Quinn Bass: Again.... I am a subject of the Al Moroc Shereefian Empire; furthermore, I am In Propria Personam Sui Juris and I draw into question did Congress grant you (The Court) the authority to issue letters of Marque Reprisal?

Judge Tavill: Congress didn't grant me anything.

Quinn Bass: I draw into question the validity and construction of Vehicle Code Section PC12022.1(B)-E, PC69-F, PC12022.7(A)-E, PC243(C)(2)-F?

Judge Tavill: Okay, I have no idea what you are talking about. If you'd like the Court to take up anything, feel free to file a motion and I'll consider it upon receipt.

Quinn Bass: The Master, The Mas..

Judge Tavill: That's the end., Mr. Bass you have to stop now, please stop.

Quinn Bass: I ask the Court and everyone in attendance to please do not behave belligerent towards me.

Judge Tavill: Please Stop, you are being belligerent to me, you need to stop talking right now, this is not the time

Quinn Bass: There is no dishonor nor contempt by the statement for the record, that I just made. I am only drawing into question the validity and construction of vehicle code section

Judge Tavill: I'm ordering you to stop talking now sir, please comply, please comply

ign Envelope ID: 6C5F585E-E9C8-45B5-B435-B6DF4D59E18F

Quinn Bass: I draw into question....

Judge Tavill: It's the Court's order sir, otherwise I will find you in contempt of court, you must stop now, if you want to file something with the Court I will be happy to read it upon receipt but you have to stop talking now

Quinn Bass: There is no dishonor nor contempt by my statement for the record

Judge Tavill: Are you done now?

Quinn Bass: If I...

Judge Tavill: I'm, I'm...

Quinn Bass: You asked me if I was done, if I'm forced to proceed further it's going to be under the threat of duress and coercion sir because again..

Judge Tavill: That's fine

Quinn Bass: Again, sir...

Judge Tavill: You have to stop now okay?

Quinn Bass: Again sir I am a subject of the Al Moroc Shereefian Empire in the original equal justice being rendered in Admiralty and Maritime jurisdiction by nature of Law of Nations

Judge Tavill: Til' now, please stop.

Quinn Bass: Are you an Article III judge sir?

Judge Tavill: Please stop, you've already asked me that and I've and I told you that before.

Quinn Bass: I will also draw into question....

Judge Tavill: I told you that you can file whatever you want to file with the Court and the Court will consider whatever you file upon receipt.

Quinn Bass: This has already been filed sir, this was filed on August 22nd, 2023.

Judge Tavll: Well, your objections to the jurisdiction of this Court is overruled. The Court has jurisdiction over you, that concludes the matter.

Quinn Bass: Again sir, again sir, I can challenge jurisdiction at any time during the proceedings, I have the right to challenge jurisdiction at any time during the proceedings

Judge Tavill: I consider your challenge to jurisdiction renewed today, and your challenge is denied. Let's see if all the jurors are here.

Quinn Bass: Are you raising Arms towards me sir?

Judge Tavill: I have no idea what you are talking about.

Quinn Bass: Are you raising an Army against me sir?

Judge Tavill: I don't have an Army.

EXHIBIT #100    L

Sign Envelope ID: 6C5F585E-E9C8-45B5-B4J5-B6DF4D59E1dF

Quinn Bass: The gentlemen that is walking up has a gun on his hip.

Judge Tavill: He certainly does.

Quinn Bass: That's an Arm, that's considered Artillery, I'm asking you are you raising Arms against me, for the record? For the record are you raising Arms against me?

Judge Tavill: I don't know why you choose to disrespect the Court.

Quinn Bass: I'm not disrespecting the Court..

Judge Tavill: You are, you are, I've asked you to stop this already, enough. Please Stop

Quinn Bass: I'm under the threat of duress and coercion even continuing these proceedings because you do not have the jurisdiction to proceed sir. I'm not disrespecting the Court, I am being disrespected.

I am asking the Court to not be belligerent towards me, that's all I'm asking, I'm asking everyone who is in attendance to please not be belligerent towards me

Judge Tavill: You raised your objections, the objections are overruled, there's nothing more to the issue today if you disagree with that you can have it reviewed by the Court of Appeals.

Are all jurors present?

Unknown Baliff: No, we are missing two. I spoke to them and they are on their way.

Judge Tavill: Are they upstairs?

Unknown Baliff: They were upstairs, when we brought them to department 11, somehow in that translation, two of them thought to return at 11, so they're on there way here right now. We have 10 outside, they listened.

Judge Tavill: Well we can't start until we have 12.

Unknown Baliff: We're Good

Quinn Bass: That's a lot of Police presence just for little ole' me.

I can't get any love man (attempting to shake a baliff's hand)

Unknown Baliff 2: Not right now

Quinn Bass: Not right now?

Unknown Baliff 2: Maybe later.

Judge Tavill: We're off the record.

End of Transcript.

I declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct.

EXHIBIT L

Envelope ID: 6C5F585E-E9C8-45B5-B435-B6DF4D59E18F

Date: 9/3/2023

DocuSigned by:

X _____

In Person Signature

People vs. Bass, Quinn, et. al.

Court Case #FSB21000434

EXHIBIT M

FILED

*Master Bill of Lading, Ships Manifest Non-Negotiable questioning the validity of these colorable quasi-in-rem admiralty and maritime prize proceedings*

2024 JAN -8 AM 9:56

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

## DISTRICT COURT OF THE UNITED STATES FOR THE

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION RIVERSIDE

QUINN BASS

Plaintiff,

vs.

GAVIN NEWSOM. ET. AL

Defendant

: Case No. 5: 2022cv02218 - SGB -SP

Master Bill of Lading, Ships Manifest Non-Negotiable questioning the validity of these colorable quasi-in rem admiralty and maritime prize proceedings

## Ecclesiastical High Courts of Chancery

**Libellant:** bass, quinn W.O.P. , the beneficial owner for Q. Ali Bey Express Trust D/B/A QUINN SHINDA BASS , A private People called Moor americas aboriginal ohioian national "but not a citizen of the united states for the district of columbia and its insular possessions or enclaves (federal) Nor a Citizen of the united states of america in congress assembled and its several states of the union (confederacy) a Noble

Emperor, Master Merchant, Master Mason a Piloter, a Mariner, High Priest, God and Commander, Bonafide Owner Maritime Lienholder of *all* vessels, chattels, goods, cargo, charters, estates, commodities, ports, ports of lading, bills of lading, forts, accounts, credits, booty, convoys, bonds, stocks etc. navigating the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire, In the Original equal justice being rendered in Admiralty and Maritime jurisdiction by nature law of nations.

*versus*

*Libelee(s) privateers, pirates, lobbyists, foreign agents in libel*

**GAVIN NEWSOM ET. AL**

**Bill of Exceptions, Precipe of the court**

**Draws into question the validity and construction of any and all state and federal statutes and whether its repugnant to the constitution, treaties, laws of the United States affecting or against the private rights, title of an Ipso Jure Moor Subject and Private People called Moor who Subject of the Al Maroc Shereefian Empire is**

The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect, I hereby draw into question the validity of the 39th, 40th, and 41st congress and its construction of the United States for the district of Columbia its laws known as the Organic Act of 1802-1871, D.C Code, UNITED STATES CONSTITUTION 11-27th amendments, Federal Rules of Civil Procedures, Federal Rules of Appellate Procedure, United States Code, Title 42, Federal Reserve Bank, FBI, CIA, ATF,BIA, Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, POLICE PRECINCTS, CHEVRON DOCTRINE, CLEARFIELD DOCTRINE, SCANDAL AT WATERGATE, ADMINISTRATIVE PROCEDURES ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States art III section 2 clause 1 and Art.VI, 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1781 Articles of Confederation Art. I, II, III, IV, VI, IX, XI, XII, XIII and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire : **Affirm or Deny**

Your orator draws into question the validity and construction of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character, in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO,  "IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA", "UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT", INFERIOR COURTS, namely, JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA. And whether they are repugnant to the constitution of the United States, Treaties, or laws of the United States? Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored", and farcical enforcing rules** that do not apply to prize proceedings in admiralty by nature law of nations **nor are they in tune with YOUR Trust Indenture or the Treaties of the Al Maroc Shereefian Empire?**

EXHIBIT M

I also draw into question the validity and construction of the 1945 charter of the united nations (Hague Convention) and statute of the International Court of Justice, UN declaration of human rights, rights of indigenous people its pandemic treaties, arbitration, 1938 Foreign Registration Act and whether its repugnant and against the constitution of the united states, the general acts of congress the laws of the united states, 1786/1836 Treaty of Marrakech Article II, 1781 Articles of Confederation Article IV, VI, IX, XII,XIII affecting the private rights and title of an ipso jure Moor Subject of the Al Maroc Shereefian Empire? **Affirm or Deny**

### Dear Clerk/Judge, "equity acts in personam"

This Master Bill of Lading is a, Precipice of the court DENYING and OBJECTING to this whole corporate/federal demonstration, I Deny and Object to being a Pauper, Vagabond, fugitive from justice, indigent etc. All the above named libelees/privateers are guilty of looting in contravention on their own volition which nullifies their federal demonstration. and all other colorable quasi forms, application, Orders, Corporate board meetings In the colorable quasi in rem admiralty and maritime venue known as the united states for the District of Columbia styled as SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, CENTRAL DIVISION, DISTRICT COURT OF THE UNITED STATES FOR THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION RIVERSIDE, "UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA", AND UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT ,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA and its hostile and belligerent piratical privateers in insurrection and rebellion in contravention against the constitution of the united states and the law of nations (TREATIES) and the general acts of congress as citizens of the united states for the district of columbia who take commissions and wear enemy colors issuing letters of marque/reprisal, special legislation and legislative marquee without the consent of congress and prize proceedings that does not Apply in admiralty which is void ab initio. Without *"Federal/State Rules of Civil Procedures and Federal/State Rules of Appellate Procedures"* or any colorable corporal punishment statutes promulgated rules posing as law that applies only to corporations, persons and partnerships and those takes oaths to such corporate trusts *"equity will not aid the volunteer"*, I also object and deny being a Trustee a Surety for another for I am an Ipso Jure Moor Subject of an Empire. *"Equity regards the beneficiary as the True owner" I also Deny being a pro se, litigant for I am in Propria Personam Sui juris. It is also extremely Tyrannical to compel by force a Moor Subject of an Empire under legal Compulsion to comply with any and all corporate administrative non substantive due process of War!* "He who comes into equity must come with clean hands".

I have been Confederated against by hostile and belligerent christian enemies of the United States for the district of columbia masquerading as Citizens of the United States of North America and suffered assaults and beatings on the High Seas and elsewhere as an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire under legal compulsion which is very unbecoming. My rights Protected by Mercantile/Maritime Treaties have been breached by christian enemies who took oaths to demean themselves and I have suffered irreparable harm beyond repair to the point of destruction using acts of attainder to work the corruption of blood and I am without speedy restoration in the original admiralty and maritime jurisdiction by nature law of nations. So I hereby Require a this court and its People who are bound by oath to be Persons Worthy of Trust who i entrust to discharge their duties faithfully while in office of Trust to the best of your abilities according to your oaths of office in which you are hereby bound so i can receive adequate equal justice being rendered on to me *Equity will not allow a statute to be used as a cloak for fraud".* I, bass, quinn W.O.P. am in propria personam sui juris Libellant a Private People called Moors *americas aboriginal (ohioian) national, grantee/grantor/beneficiary an Emperor, Master Merchant, a Seaman a Piloter, a Mariner, a Commander, God, Captain, Ambassador at large, Bona Fide Owner Maritime lienholder of all vessels, cargo, estates, chattels, charters,vassals, goods, merchandise, convoys, ships, ports of lading, seaports, docks, cases everything in the land, air and water etc and Subject of the Al Maroc Shereefian Empire but Not a citizen/employee/crewmen of the united states for the district of columbia enemy ships and its insular possessions (federal) nor a Citizen of the united states of america in congress and its several states of the union (confederacy) In the Original equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations. Pursuant To 1824 Treaty of Tunis Article XII, constitution of the united states article III section II subsection 1 and Article VI and Article I section 8 clause 10, 17, 1781 Articles of confederation Art IV,VI, IX, XI, XII, XIII*

**I Deny** *any and all equal justice being rendered in colorable quasi-in rem admiralty whose prize proceedings is inapplicable in admiralty and maritime jurisdiction by nature because my equal justice being rendered in the original admiralty and maritime jurisdiction by nature in Personam ONLY Title is Superior*

I deny paying any duties whatsoever and I never will entertain the idea of doing as such therefore I Deny being a pauper, vagabond and a fugitive from justice in breach of art IV of the 1781 Articles of Confederation. My master bill of lading is being shipped With a Proof of Consideration. That must be tendered on special deposit with the clerk. *"Equity will not complete an imperfect gift."* 1796 Treaty of Tripoli Article V, X to this port of entry by the agent of this court (consignor) and then received by the clerk(s) of your courts as the Consignee (carrier) received and landed on the dock known as port of entry or port of lading, aka Case Number(S) U.S. DISTRICT COURT CASE **NUMBER: 5:22-cv-0228-JGB-SP** , initial SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, CENTRAL DIVISION CASE No: **FSB21000434/FSB19001352** (a Trust Arises). *"Equity imputes an intent to fulfill an obligation."* Thus, your duties as a People Bound by oath to be Persons Worthy of Trust are to ensure I receive aid, repairs and restoration rendered to me, my vessels, cargos, ships, seaports, ports of lading, merchandise, everything in the land, air and water as the Bonafide Owner/beneficiary as my ancestors intended for me Through Treaties, which You happen to be a party to by way of Oaths as Trustees/Fiduciaries to me, as I am god (generator, operator, destroyer) and Lord and you are my servants by oath which you volunteered to by your own consent, so, YOU are now bound; Common Law Applies to Trustee(s), if Not, i require You show good cause that it does not Apply To YOU. *"Equity does not aid the volunteer."* Your Trustees should all know that equal justice should be rendered freely without denial and without delay without being obliged to pay anything exclusive of costs 1781 Articles of Confederation article XII. Keep in mind anything less than obeying your Trust Indenture will constitute unjust enrichment *"Equity will not complete an imperfect gift", "Equity delights to do justice and not by halves"*

## Statement of Cause

Your Orator and his Heirs has Suffered egregious harm and destruction beyond repair by hostile and belligerent christian enemies who are in fact persons masquerading as people and pretend to be citizens of the united states of america in congress assembled but are really In Fact citizens of the united states for the district of columbia and its 50 puppet administrative territories/states and insular possessions/enclaves whose executive overreach exceeds tremendously outside the boundaries of the potomac river using executive fiat and legislative marquee in breach of the constitution of the united states article 1 section 8 clause 17 and article VI and are guilty of taking commissions wearing enemy colors in breach of 1786 Treaty of Marrakech Article II as well as subjecting ipso jure Moor Subjects of an Empire to Corporal punishment in breach of 1795 Treaty of Algiers Article V. It's a well-known Substantive fact that there exists a Separation of Powers in the constitution of the United States Art. 1 section 7 which requires, among other things, that legislation passed by Congress be presented to the President for his signature or veto before it can become law. Article II's Vesting Clause, which states that the executive power shall be vested in a President of the United States of America. Article II's Appointments Clause, which addresses the respective roles of the President and Congress in the appointment of Confederate officials, Article III's Vesting Clause, which states that the 'judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish . . .' and Article III, Section 2's Case or Controversy Clause, which limits the jurisdiction of the federal courts. The Alleged Petitioner is guilty of breaching ecclesiastical law Deuteronomy 24: 1-4

**(FSB19001352)** "Take notice that on **March 29th, 2019, I was parked stationary in my private conveyance when San Bernardino County Sheriff Deputies made contact with no probable cause. They injured me in the process of the false arrest charging me with felony resisting arrest with no initial outlying charge. No probable cause and or warrant issued by a magistrate to contact. My BMW was taken and sold by San Bernardino Police Department contracted Hayes Towing who refused to return my private Conveyance, afterwards selling it without my consent.**

**(FSB21000434)** " Take further notice that on Jan. 29th, 2021 Officer Robinson, and Officer McCaulley were acting in conspiracy with Officer Shipley under color, custom and usage of law, brutally injuring me to the point of hospitalization (Broken Left Elbow, lacerations to face, severe right sprained elbow, sprained right rotator cuff), afterward charging me with Felony Resisting Arrest and Grave Bodily Injury to a Peace Officer (though there is no video and or audio evidence of harming anyone in incident); however, was never charged for the initial reason behind contact (Traffic violation for Speeding), while being escorted to the Hospital via Police Vehicle in Handcuffs with severe injuries; furthermore, convincing emergency responders that I did not need medical attention. After being forced to post bail was ordered to court by way of creating frivolous case FSB21000434, while Armada Towing LLC takes possession of private property/conveyance and sells it without consent ignoring due care and due process of law. This constitutes a violation of SAN BERNARDINO POLICE OFFICERS Oath of Office as covered by Title 18, USC 241 and 242, 42 USC 1983, and 1985. Afterwards a Tax Liability was created by SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE AND SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO by**

assigning Court wherein I was forced to appear as Defendant in criminal case number FB21000434 which is also alleged malicious prosecution, Tax Fraud, Securities Fraud, Mail Fraud, Copyright and Trademark Infringement and violation of solemn sworn oath of office along with alleged Fraud on the Court, By the Court and the Prosecution pursuant to US v Throckmorton (1963).

Forced to Stand Trial as a Defendant on both cases being consolidated into one.

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor, americas aboriginal cincinnati (ohioan) national, and Subject of the Al Maroc Shereefian Empire, "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy).*" Your orator's core private rights (privatum) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust who are Privateers/Pirates masquerading as Citizens of the united states of north america, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against claimant in a very *unbecoming* hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating claimant/suitor/libellant to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured condemned vessels and vessels lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas and elsewhere to change claimant/suitor/libellant from being a private People called Moor and Subject of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said fiduciary/defendant(s)/libelee(s)/privateers have subjected the claimant/suitor/libellant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities, to alter his special and particular political status. Libellant(s) core private maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide by letters of marque/reprisal. It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary, to Equity in admiralty and maritime by nature law of nations, good conscience and good reason, and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire, and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled, to mistakenly sacrifice my right to self-determination as a private People called Moor, americas aboriginal cincinnati (ohioan) national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef, a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise, convoys, sea ports, ports of lading Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the Al Maroc Shereeflan Empire, my name, my family ties, my hereditary culture, and my inheritance.. I am a people called Moor. *"Equity aids the vigilant, not those who slumber on their rights"*

### Substantive Facts

Take notice of section 32 of **The Judiciary Act; September 24, 1789, 1 Stat. 73. of your Trust Indenture** Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil cases in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form,

but the said courts respectively proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe. *"Equity looks to the intent, and will regard substance rather than form."*

**_Contravention legal definition:_** *is an action that violates a law, treaty, or other ruling. The act of contravening a rule, regulation, or law, or of not fulfilling an obligation, promise, or agreement.*
**_YOU/YOUR:_** *means an Individual who owes a debt to the United States within the scope of the Trust Indenture you took an oath too*

SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. **(Breached in the past)**

SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. **(Breached in the past)**

S. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to

Exhibit M

sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or anywhere on tide water, transfer or deliver over, to any other ship or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. **(Breached in the past) Are the actions of the** magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s) **in tune with their Trust Indenture or the Treaties of the Al Maroc Shereefian Empire?**

**SEC. 25.** And be it further enacted, That a final judgment or decree in any suit, in the highest court of law or equity of a State in which a decision in the suit could be had, where is drawn in question the validity of a treaty or statute of, or an authority exercised under the United States, and the decision is against their validity; or where is drawn in question the validity of a statute of, or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, and the decision is in favor of such their validity, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party, under such clause of the said Constitution, treaty, statute or commission, may be re-examined and reversed or affirmed in the Supreme Court of the United States upon a writ of error, the citation being signed by the chief justice, or judge or chancellor of the court rendering or passing the judgment or decree complained of, or by a justice of the Supreme Court of the United States, in the same manner and under the same regulations, and the writ shall have the same effect, as if the judgment or decree complained of had been rendered or passed in a circuit court, and the proceeding upon the reversal shall also be the same, except that the Supreme Court, instead of remanding the cause for a final decision as before provided, may at their discretion, if the cause shall have been once remanded before, proceed to a final decision of the same, and award execution. But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears on the face of the record, and immediately respects the before mentioned questions of validity or construction of the said constitution, treaties, statutes, commissions, or authorities in dispute

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912,** *This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that "before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the*

*records of land titles in Al Maroc are very incomplete, and this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.* ***"He who comes into equity must come with clean hands"***

EXHIBIT M

**1781 Articles of Confederation Article VI:**

No State, without the consent of the United States in Congress assembled, shall send any embassy to, or receive any embassy from, or enter into any conference, agreement, alliance or treaty with any King, Prince or State; nor shall any person holding any office of profit or trust under the United States, or any of them, accept any present, emolument, office or title of any kind whatever from any King, Prince or foreign State; nor shall the United States in Congress assembled, or any of them, grant any title of nobility. *Breached in the past*

No two or more States shall enter into any treaty, confederation or alliance whatever between them, without the consent of the United States in Congress assembled, specifying accurately the purposes for which the same is to be entered into, and how long it shall continue. *Breached in the past*

No State shall lay any imposts or duties, which may interfere with any stipulations in treaties, entered into by the United States in Congress assembled, with any King, Prince or State, in pursuance of any treaties already proposed by Congress, to the courts of France and Spain. *Breached in the past*

No vessel of war shall be kept up in time of peace by any State, except such number only, as shall be deemed necessary by the United States in Congress assembled, for the defense of such State, or its trade; nor shall anybody of forces be kept up by any State in time of peace, except such number only, as in the judgment of the United States in Congress assembled, shall be deemed requisite to garrison the forts necessary for the defense of such State; but every State shall always keep up a well-regulated and disciplined militia, sufficiently armed and accoutered, and shall provide and constantly have ready for use, in public stores, a due number of filed pieces and tents, and a proper quantity of arms, ammunition and camp equipage. *Breached in the past*

No State shall engage in any war without the consent of the United States in Congress assembled, unless such State be actually invaded by enemies, or shall have received certain advice of a resolution being formed by some nation of Indians to invade such State, and the danger is so imminent as not to admit of a delay till the United States in Congress assembled can be consulted; nor shall any State grant commissions to any ships or vessels of war, nor letters of marque or reprisal, except it be after a declaration of war by the United States in Congress assembled, and then only against the Kingdom or State and the subjects thereof, against which war has been so declared, and under such regulations as shall be established by the United States in Congress assembled, unless such State be infested by pirates, in which case vessels of war may be fitted out for that occasion, and kept so long as the danger shall continue, or until the United States in Congress assembled shall determine otherwise. *Breached in the Past....*

*1789 constitution of the United States Article III Section 2 subsection 1*

*The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;*—to Controversies between two or more States;— between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and *foreign States*, Citizens or *Subjects.*

In all Cases affecting Ambassadors, other public Ministers, and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The district courts shall have original jurisdiction, exclusive of the courts of the States, of **(1)** Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. **(2)** Any prize brought into the United States and all proceedings for the condemnation of property taken as prize. Including bankruptcy dealing with citizens of the United States for the district of Columbia and their belligerent crew members who taken oaths

EXHIBIT M

### The Judiciary Act; September 24, 1789

SEC. 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; ***and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,*** the right of a common law remedy, where the common law is competent to give it; ***and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien sues for a tort only in violation of the law of nations or a treaty of the United States.*** And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury. ***"Equity Imputes an intent to fulfill an obligation" "Substantive due process of war***

*SEC. 11.* And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favor of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC. 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

SEC. 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

*SEC. 33. And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or*

EXHIBIT M

*judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence. And copies of the process shall be returned as speedily as may be into the clerk's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.*

### Justice thomas opinion

First, *"substantive due process exalts judges at the expense of the People from whom they derive their authority*."Ibid. Because the Due Process Clause "speaks only to 'process,' the Court has long struggled to define what substantive rights it protects." Timbs v. Indiana, 586 U. S. ___, ___(2019) (THOMAS, J., concurring in judgment) (slip op., at 2)(internal quotation marks omitted). In practice, the Court's approach for identifying those "fundamental" rights "unquestionably involves policymaking rather than neutral legal analysis." Carlton, 512 U. S., at 41–42 (opinion of Scalia, J.); see McDonald, 561 U. S., at 812 (opinion of THOMAS, J.) (substantive due process is "a jurisprudence devoid of a guiding principle"). *The Court divines new rights in line with "its own, extra constitutional value preferences" and nullifies state laws that do not align with the judicially created guarantees.* Thornburgh v. American College of Obstetricians and Gynecologists, 476 U. S. 747,794 (1986) (White, J., dissenting).

## Substantive Due Process of War

### Terms and Conditions

*FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.*

**Third**, *The word "person" shall be held to apply to partnerships and corporations, unless such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense,* **Fourth**. *Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the terms would be unreasonable.*

**Fifth**. *Wherever an oath is required an affirmation in judicial form, if made by a person conscientiously scrupulous about taking an oath, shall be deemed sufficient compliance.*

**Sixth**. *The words "insane person" and "lunatic" shall include every idiot, non-compos, lunatic, and insane person.*

## LAWS REMAINING IN FORCE D.C. CODE STATUTE

*SECTION 1. The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, the principles of equity and admiralty, all general acts of Congress not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .* **Breached in the past**

**1781 Articles of confederation a Perpetual Union article XII:** *All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pledged.* **Breached in the Past**

**1786/1836 Treaty of Marrakech Article XXIV.** *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, until a friendly Application shall be made for an Arrangement, and until that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.* **Breached in the Past**

**1786/1836 Treaty of Marrakech Article XXII.** *If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, until the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.* **Breached in the Past**

**1786/1836 Treaty of Marrakech article IV.** *A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.* **Breached in the Past**

**1786/1836 Treaty of Marrakech Article II.** *If either of the Parties shall be at War with any Nation whatsoever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **"Breached in the past"...**

**1786/1836 Treaty of Marrakech Article X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.* **"Breached in the past"...**

**1786/1836 Treaty of Marrakech Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"...**

**1786/1836 Treaty of Marrakech Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.* **"Breached in the past" ...**

**1786/1836 Treaty of Marrakech Article XXIII.** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.* **"Breached in the past"...**

*1786/1836 Treaty of Marrakech* **Article VI.** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **"Breached in the past"**…

*1786/1836 Treaty of Marrakech* **Article IX.** *If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.* **"Breached in the past"**….

*1786/1836 Treaty of Marrakech* **Article XXIV.** *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, until a friendly Application shall be made for an Arrangement, and until that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.* **"Breached in the past"**…

*1795 Treaty of Algiers* **Article III.** *The Vessels of both Nations shall pass each other without any impediment or Molestation and all Goods monies or Passengers of whatsoever Nation that may be on board of the Vessels belonging to either Party Shall be considered as inviolable and shall be allowed to pass unmolested.* **Breached in the Past**

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess anything desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past.**

**The Jay Treaty of 1794 Article XXI.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* **"Breached in the past"**…

*Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title cannot be protected by the treaty. The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous*

*Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper.*

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of*

EX #1041 M

*, the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a people by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

All People bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

Therefore, with the above declaration of facts given, I, bass, quinn W.O.P. (Q. Ali Bey)  , a People called Moor aboriginal beneficiary *a Emperor, Merchant, a Seaman a Piloter, a Mariner, a Commander and Master Mason, Bonafide Owner of all vessels, cargo, estates, chattels, charters, estates, convoys, vassals, merchandise, goods, ships* and Subject of the Al Maroc Shereefian Empire respectfully demand that this court, acting *in good faith, with due diligence, and without unclean hands,* **show "good" cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within (3) three days from your receipt of this Notice. Failure to **show "good" cause** shall be construed as the courts' confession, acquiescence, agreement, and consent to the facts herein, and the status and standing of the People called Moor beneficiary to a current exclusive equitable admiralty and maritime cause. **"equity imputes an intent to fulfill an obligation".**

## BE YEE PERFECT

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: _____January 7th,_____, 2024

1/7/2024

. By: _____ bass, quinn W O P

DocuSigned by:

**bass, quinn W.O.P.** *beneficial owner for for Q. Ali Bey Express Trust* - QUINN CARNELL AMANDA BASS
a private people called Moor /americas aboriginal ohioan national, ingress in ohio "*but not citizen of the united states for the district of columbia, nor the Citizen of the united states of america in congress assembled."*

Special deposit, Private, Priority

## WITNESSES

_____Kenneth Tolliver III_____     _____
**Print Witness**

*Equity sees that as done what ought to be done.*
## BE YEE PERFECT

***In Conclusion Silence is Acquiescence to these stipulations and Acquiescence to these stipulations is Pro Confesso*** (*He who is silent, though he had foreseen them, seems to agree.*)

*EXHIBIT M*

*"So It Is Written, So Shall It Be Done", It is SO ORDERED or BE IT RESOLVED ………..*

Govern yourself accordingly I LOVE YOU ALL!!

CC: US DOJ-USAG-Merrick B. Garland, 950 Pennsylvania Avenue, NW

Washington, DC 20530,

US SECRETARY OF STATE- Anthony J. Blinken, 1600 Pennsylvania Avenue NW

Washington, DC 20500,

GOVERNOR OF CALIFORNIA- Gavin Newsom- 1021 O Street, Suite 9000

Sacramento, CA 95814,

CA DOJ-CALIFORNI ATTORNEY GENERL- Rob Bonta, Public Inquiry Unit;

P.O. Box 944255; Sacramento, CA 94244-2550

## PROOF OF SERVICE

I Declare that the forgoing instrument (**Bill of Exceptions in the Original Exclusive Equity Admiralty and Maritime Jurisdiction by Nature Law of Nations**) was served upon court of the common pleas of erie county for the special court clerk to the above cause of record herein on,_____.

The parties were served via:

__X_ Post office Mail                ___ Facsimile            ___ Hand Delivery ___UPS

___ Federal Express       ___ Other       ___ E-File           _X__ Email

Laura.Crane@cc.sbcounty.gov, ),

By: _____ Moor beneficiary

6973B2FCE70A498...

# The 10 Maxims of Commercial Law

1. A workman is worthy of his hire.
2. All are equal under the law.
3. In commerce, truth is sovereign.
4. Truth is expressed in the form of an affidavit.
5. An unrebutted affidavit stands as truth in commerce.
6. An unrebutted affidavit becomes judgment in commerce.
7. A matter must be expressed to be resolved.
8. He who leaves the field of battle first loses by default.
9. Sacrifice is the measure of credibility.
10. A lien or claim can be satisfied only through (a) rebuttal by counter affidavit point by point; (b) resolution by a jury; or (c) payment or performance of the claim.

"All crimes are commercial." (In their corporate democracy form of 'government'.) 27 § 72.11.
When one actually "knows" the "why" of this fact, he will gain greater insight of the operations of "law" today.